# Exhibit A



| Case Information Summary for Case Number 2022-CH-01062 |
|---|

Filing Date: 02/07/2022 　　　　　　　　　　　　　　Case Type: General Chancery
Division: Chancery Division 　　　　　　　　　　　　District: First Municipal
Ad Damnum: $0.00 　　　　　　　　　　　　　　　　Calendar: 3

### Party Information

**Plaintiff(s)** 　　　　　　　　　　　　　　　　　　**Attorney(s)**
Athena Bitcoin Global

**Defendant(s)** 　　　**Defendant Date of Service** 　**Attorney(s)**
Doe-Overton, Jane
ROI Developers, Inc. D/B/A
Overton, Shaun

### Case Activity

Activity Date: 02/07/2022 　　　　　　　　　　　　Participant: Athena Bitcoin Global
General Chancery Filed (Jury Demand)

Activity Date: 02/07/2022 　　　　　　　　　　　　Participant: Athena Bitcoin Global
New Case Filing

　Date: 06/08/2022
Court Time: 0930
Court Room: 2402

Activity Date: 02/08/2022 　　　　　　　　　　　　Participant: Athena Bitcoin Global
Summons Issued And Returnable

Activity Date: 02/08/2022 　　　　　　　　　　　　Participant: Athena Bitcoin Global
Summons Issued And Returnable

Activity Date: 02/08/2022 　　　　　　　　　　　　Participant: Athena Bitcoin Global
Summons Issued And Returnable

Activity Date: 02/08/2022      Participant: Athena Bitcoin Global

Summons Issued And Returnable

Activity Date: 02/16/2022      Participant: Athena Bitcoin Global

Affidavit Of Service Filed

Activity Date: 02/16/2022      Participant: Athena Bitcoin Global

Affidavit Of Service Filed

Activity Date: 02/16/2022      Participant: Athena Bitcoin Global

Affidavit Of Service Filed

Activity Date: 02/16/2022      Participant: Athena Bitcoin Global

Affidavit Of Service Filed

Activity Date: 02/18/2022      Participant: Athena Bitcoin Global

Motion To Appoint Special Process Server

[Back to Top](#)

---

Please note: Neither the Circuit Court of Cook County nor the Clerk of the Circuit Court of Cook County warrants the accuracy, completeness, or the currency of this data. This data is not an official record of the Court or the Clerk and may not be represented as an official court record.

If data does not appear in a specific field, we likely do not have the responsive data in our master database.

District 1

# Case Summary

Case No. 2022CH01062

| | | |
|---|---|---|
| Athena Bitcoin Global-vs-Shaun Overton,ROI Developers, Inc. D/B/A ACCRUVIA,Jane Doe-Overton,Shaun Overton | § § § § | Location: **District 1**<br>Judicial Officer: **Calendar, 3**<br>Filed on: **02/07/2022**<br>Cook County Attorney Number: **62341** |

## Case Information

Case Type: General Chancery
Case Status: 02/07/2022 Pending

## Assignment Information

**Current Case Assignment**
Case Number 2022CH01062
Court District 1
Date Assigned 02/07/2022
Judicial Officer Calendar, 3

## Party Information

**Plaintiff** **Athena Bitcoin Global**

**Defendant** **Doe-Overton, Jane**

**Overton, Shaun**

**Overton, Shaun**

**ROI Developers, Inc. D/B/A ACCRUVIA**

## Events and Orders of the Court

06/08/2022 **Case Management** (9:30 AM) (Judicial Officer: Price Walker, Allen)
    Resource: Location CH2402 Court Room 2402
    Resource: Location D1 Richard J Daley Center

02/18/2022  Motion To Appoint Special Process Server

02/16/2022  Affidavit Of Service Filed

02/16/2022  Affidavit Of Service Filed

02/16/2022  Affidavit Of Service Filed

02/16/2022  Affidavit Of Service Filed

02/08/2022  Summons Issued And Returnable

02/08/2022  Summons Issued And Returnable

02/08/2022  Summons Issued And Returnable

District 1

## Case Summary

Case No. 2022CH01062

| | | |
|---|---|---|
| 02/08/2022 | | Summons Issued And Returnable |
| 02/07/2022 | | New Case Filing |
| 02/07/2022 | | General Chancery Filed (Jury Demand) |