# Exhibit D

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.

| STATE OF ILLINOIS, CIRCUIT COURT | AFFIDAVIT OF SERVICE OF SUMMONS AND COMPLAINT/PETITION | FILED 2/16/2022 2:41 PM IRIS Y. MARTINEZ CIRCUIT CLERK COOK COUNTY, IL 2022CH01062 Calendar, 3 16735962 |
| --- | --- | --- |
| Cook COUNTY | | |

**Instructions**

Enter above the county name where the case was filed.

Enter your name as Plaintiff/Petitioner.

Enter the name of the person you are suing as Defendant/Respondent.

Enter the Case Number given by the Circuit Clerk.

ATHENA BITCOIN GLOBAL
Plaintiff / Petitioner (First, middle, last name)

v.

SHAUN OVERTON, INDIVIDUALLY & AS PART OF THE C
Defendant / Respondent (First, middle, last name)

2022CH01062
Case Number

**"Stop. Do not complete the form. The sheriff will fill in the form."**

DO NOT complete this section. The sheriff will complete it.

My name is __Christopher Lee LaFountain__
First, Middle, Last

and I swear under oath that I served the *Summons* and *Complaint/Petition* on the Defendant/Respondent

__Shaun Overton__ as follows:
First, Middle, Last

**X** Personally on the Defendant/Respondent:
Male: **X**  Female: ☐  Approx. Age: __Late 30's Early 40's__  Hair Color: __Balding Grey Hair__
Height: __5'10" to 6'1"__  Weight: __155-180 lbs__
On this date __2-10-22__ at this time: __2:55 PM__ ☐ a.m. **X** p.m.
Address: __615 W. Hacwood Rd Ste B2__
City, State, ZIP: __Hurst, TX 76054__

☐ At the Defendant/Respondent's home:
On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
Address: _____
City, State, ZIP: _____
And left it with: _____
First, Middle, Last
Male: ☐  Female: ☐  Approx. Age: _____
and by sending a copy to this defendant in a postage paid, sealed envelope to the above address on _____, 20___.

☐ On the Corporation's agent:
_____
First, Middle, Last
On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
Address: _____
City, State, ZIP: _____

SU-S 1503.1

2022CH01062

DO NOT complete this section. The sheriff or private process server will complete it.

By:

*Signature*

Christopher LaFountain
*Print Name*

PSC: 16473
(3-31-23)

**FEES**
By certified/registered $ _____
Service and Return $ _____
Miles: $ _____
Total $ _____

Sworn and Subscribed Before Me on
The _____ of _____ 20___

Notary Public Signature



CHRISTOPHER J. ROFF
ID # 115...
My Commission Expires
December 22, 2023