# Exhibit E

earing Date: No hearing scheduled
ocation: <<CourtRoomNumber>>
udge: Calendar, 3

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.

| STATE OF ILLINOIS, CIRCUIT COURT | | SUMMONS | FILED |
|---|---|---|---|
| Cook ▼ COUNTY | | | For Court Use 2/8/2022 12:16 PM IRIS Y. MARTINEZ CIRCUIT CLERK COOK COUNTY, IL 2022CH01062 Calendar, 3 16618927 |

| Instructions ▼ | | |
|---|---|---|
| Enter above the county name where the case was filed. | ATHENA BITCOIN GLOBAL | |
| Enter your name as Plaintiff/Petitioner. | **Plaintiff / Petitioner** *(First, middle, last name)* | |
| Enter the names of all people you are suing as Defendants/ Respondents. | v. | |
| Enter the Case Number given by the Circuit Clerk. | SHAUN OVERTON IN OFFICIAL & PERSONAL CAPACITY **Defendant / Respondent** *(First, middle, last name)* | 2022CH01062 **Case Number** |

| | |
|---|---|
| In **1**, if your lawsuit is for money, enter the amount of money you seek from the Defendant/ Respondent. | **1. Information about the lawsuit:** Amount claimed: ___ $ 3,000,000.00 |
| In **2**, enter your contact information. If more than 1 person is bringing this lawsuit, attach an *Additional Plaintiff/Petitioner Contact Information* form. | **2. Contact information for the Plaintiff/Petitioner:** Name *(First, Middle, Last):* ATHENA BITCOIN GLOBAL Street Address, Apt #: 1332 N. HALSTED ST., SUITE 401 City, State, ZIP: CHICAGO, IL 60642 Telephone: (312) 690-4466 See attached for additional Plaintiff/Petitioner contact information |
| In **3**, enter the name of the person you are suing and their address. If more than 1 person is being sued, attach an *Additional Defendant/Respondent Contact Information* form. | **3. Contact information for the Defendant/Respondent:** Name *(First, Middle, Last):* SHAUN OVERTON IN OFFICIAL & PERSONAL CAPACITY AS D Street Address, Apt #: 615 W Harwood Rd. City, State, ZIP: HURST, TX 76054 Telephone: (817) 714-6929 See attached for additional Defendant/Respondent contact information |

| **Important Information for the person receiving this form:** | You have been sued. Follow the instructions on the next page on how to appear/answer. |
|---|---|
| | • If you do not appear/answer the court may decide the case without hearing from you and enter a judgment against you for what the plantiff/petitioner is asking. |
| | • Your written appearance/answer must be filed on time and in the proper form. |
| | • Forms for a written appearance/answer are available here: http://www.illinoiscourts.gov/forms/approved/default.asp |
| | If you cannot afford to pay the fee for filing your appearance/answer, ask the circuit clerk for an *application for waiver of court fees.* You should read all of the documents attached. |

SU-S 1503.1                                    Page 1 of 4                                    (09/18)

Enter the Case Number given by the Circuit Clerk: _____

<table>
<tr>
<td>In 4, the Circuit Clerk will give you the court date or appearance date, check any boxes that apply, and include the address of the court building and room where the Defendant/Respondent must file their response.</td>
<td>

**4. Instructions for person receiving this form (Defendant/Respondent):**

To respond to this *Summons* you must:

☐   Go to court:

    On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

    Address: _____ Court Room: _____

    City, State, ZIP: _____

☐   File a written *Appearance* and *Answer/Response* with the court:

    On or before this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

    Address: _____

    City, State, ZIP: _____

☑   File a written *Appearance* and *Answer/Response* with the court within 30 days from the day you receive this *Summons* (listed below as the "Date of Service").

    On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

    Address: _____

    City, State, ZIP:   CHICAGO, IL _____

</td>
</tr>
</table>

<table>
<tr>
<td>

**STOP!**

The Circuit Clerk will fill in this section.

</td>
<td>

**Witness this Date:**     2/8/2022 12:16 PM IRIS Y. MARTINEZ
_____

**Clerk of the Court:** _____

</td>
</tr>
</table>

<table>
<tr>
<td>

**STOP!**

The officer or process server will fill in the Date of Service.

</td>
<td>

**This *Summons* must be served within 30 days of its date, listed above.**

Date of Service: _____

*(Date to be entered by an officer or process server on the copy of this Summons left with the Defendant/Respondent or other person.)*

</td>
</tr>
</table>

<table>
<tr>
<td>**Plaintiff/Petitioner:**</td>
<td>To serve this *Summons*, you must hire the sheriff (or a private process server outside of Cook County) to deliver it and your Complaint/Petition to the Defendant/Respondent. If the sheriff (or private process server outside of Cook County) tries but can't serve the *Summons*, fill out another summons and repeat this process.</td>
</tr>
</table>

<table>
<tr>
<td>**Attention:**</td>
<td>E-Filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit http://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/faq/gethelp.asp. or talk with your local circuit clerk's office.</td>
</tr>
</table>

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.

| STATE OF ILLINOIS, CIRCUIT COURT | AFFIDAVIT OF SERVICE OF SUMMONS AND COMPLAINT/PETITION | For Court Use Only |
|---|---|---|
| Cook ▼ COUNTY | | |

| Instructions | | |
|---|---|---|
| Enter above the county name where the case was filed. | ATHENA BITCOIN GLOBAL _____ **Plaintiff / Petitioner** *(First, middle, last name)* | |
| Enter your name as Plaintiff/Petitioner. | | |
| Enter the name of the person you are suing as Defendant/Respondent. | V. | |
| Enter the Case Number given by the Circuit Clerk. | SHAUN OVERTON IN OFFICIAL & PERSONAL CAPACITY _____ **Defendant / Respondent** *(First, middle, last name)* | **Case Number** |

**\*\*Stop. Do not complete the form. The sheriff will fill in the form.\*\***

| DO NOT complete this section. The sheriff will complete it. |
|---|

**My name is** _____ **and I swear under oath**
*First, Middle, Last*

**that I served the** *Summons* **and Complaint/Petition on the Defendant/Respondent**

_____ **as follows:**
*First, Middle, Last*

☐ Personally on the Defendant/Respondent:
  Male: ☐   Female: ☐   Approx. Age: _____   Hair Color: _____
  Height: _____   Weight: _____
  On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
  Address: _____
  City, State, ZIP: _____

☐ At the Defendant/Respondent's home:
  On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
  Address: _____
  City, State, ZIP: _____
  And left it with: _____
                       *First, Middle, Last*
  Male: ☐   Female: ☐   Approx. Age: _____
  and by sending a copy to this defendant in a postage-paid, sealed envelope to the
  above address on _____ , 20 _____ .

☐ On the Corporation's agent, _____
                                      *First, Middle, Last*
  On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
  Address: _____
  City, State, ZIP: _____

Enter the Case Number given by the Circuit Clerk:_____

| DO NOT complete this section. The sheriff, or private process server will complete it. |
|---|

**By:**

_____
*Signature*

**FEES**

| | |
|---|---|
| By certified/registered | $_____ |
| Service and Return | $_____ |
| Miles: _____ | $_____ |
| Total    $_____ | |

_____
*Print Name*