# Exhibit F

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.

| STATE OF ILLINOIS, CIRCUIT COURT | AFFIDAVIT OF SERVICE OF SUMMONS AND COMPLAINT/PETITION | FILED 2/16/2022 2:41 PM IRIS Y. MARTINEZ CIRCUIT CLERK COOK COUNTY, IL 2022CH01062 Calendar, 3 16735962 |
|---|---|---|
| Cook COUNTY | | |

**Instructions**

Enter above the county name where the case was filed.

Enter your name as Plaintiff/Petitioner.

ATHENA BITCOIN GLOBAL
Plaintiff / Petitioner (First, middle, last name)

v.

Enter the name of the person you are suing as Defendant/Respondent

SHAUN OVERTON IN OFFICIAL & PERSONAL CAPACITY
Defendant / Respondent (First, middle, last name)

Enter the Case Number given by the Circuit Clerk.

2022CH01062
Case Number

**Stop. Do not complete the form. The sheriff will fill in the form.**

DO NOT complete this section. The sheriff will complete it.

My name is __Christopher Lee LaFountain__ and I swear under oath
          First, Middle, Last

that I served the Summons and Complaint/Petition on the Defendant/Respondent

__Shaun Overton__ as follows:
First, Middle, Last

☒ Personally on the Defendant/Respondent: Late 30's **is** Balding
Male: ☒   Female: ☐   Approx. Age: Early 40   Hair Color: Grey Hair
Height: 5'10" to 6'1"   Weight: 155-180 lbs
On this date: 2-10-22   at this time: 2:55   ☐ a.m. ☒ p.m.
Address: 615 W. Harwood Rd Ste B2
City, State, ZIP: Hurst, TX 76054

☐ At the Defendant/Respondent's home.
On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
Address: _____
City, State, ZIP: _____
And left it with: _____
                    First, Middle, Last
Male: ☐   Female: ☐   Approx. Age: _____
and by sending a copy to the defendant in a postage paid, sealed envelope to the above address on _____, 20___.

☐ On the Corporation's agent.
_____
First, Middle, Last
On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
Address: _____
City, State, ZIP: _____

SU-S 1503.1

2022CH01062

> DO NOT complete this section. The sheriff, or private process server will complete it.

By:

Signature: *Christopher LaFountain*

Print Name: Christopher LaFountain

PSC: 164473
(3-31-23)

Sworn and Subscribed Before Me on
The ___ of ___ 23

Notary Public Signature

[Notary seal: CHRISTOPHER J. FIORE, ID #114???, My Commission Expires December 22, 2023]

**FEES**
By certified/registered $ _____
Service and return $ _____
Miles $ _____
Total $ _____

SOS 1503.1 (09.18)