# Exhibit G

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.

| STATE OF ILLINOIS, CIRCUIT COURT | SUMMONS | For Court Use Only |
|---|---|---|
| Cook COUNTY | | FILED 2/8/2022 12:16 PM<br>IRIS Y. MARTINEZ<br>CIRCUIT CLERK<br>COOK COUNTY, IL<br>2022CH01062<br>Calendar, 3<br>16618927 |

**Instructions**

Enter above the county name where the case was filed.

Enter your name as Plaintiff/Petitioner.

ATHENA BITCOIN GLOBAL
Plaintiff / Petitioner (First, middle, last name)

Enter the names of all people you are suing as Defendants/Respondents.

v.

JANE DOE-OVERTON, INDIVIDUALLY & AS PART OF TH
Defendant / Respondent (First, middle, last name)

Enter the Case Number given by the Circuit Clerk.

2022CH01062
Case Number

1. **Information about the lawsuit:**
   Amount claimed: $ 3,000,000.00

2. **Contact information for the Plaintiff/Petitioner:**
   Name (First, Middle, Last): ATHENA BITCOIN GLOBAL
   Street Address, Apt #: 1332 N. HALSTED ST., SUITE 401
   City, State, ZIP: CHICAGO, IL 60642
   Telephone: (312) 690-4466
   See attached for additional Plaintiff/Petitioner contact information

3. **Contact information for the Defendant/Respondent:**
   Name (First, Middle, Last): JANE DOE-OVERTON, INDIVIDUALLY & AS PART OF THE CON
   Street Address, Apt #: 1917 SAGE TRAIL
   City, State, ZIP: HURST, TX 76054
   Telephone: (817) 714-6929
   See attached for additional Defendant/Respondent contact information

In 1, if your lawsuit is for money, enter the amount of money you seek from the Defendant/Respondent.

In 2, enter your contact information. If more than 1 person is bringing this lawsuit, attach an *Additional Plaintiff/Petitioner Contact Information* form.

In 3, enter the name of the person you are suing and their address. If more than 1 person is being sued, attach an *Additional Defendant/Respondent Contact Information* form.

**Important Information for the person receiving this form:**

You have been sued.
Follow the instructions on the next page on how to appear/answer.
- If you do not appear/answer the court may decide the case without hearing from you and enter a judgment against you for what the plaintiff/petitioner is asking.
- Your written appearance/answer must be filed on time and in the proper form.
- Forms for a written appearance/answer are available here: http://www.illinoiscourts.gov/forms/approved/default.asp

If you cannot afford to pay the fee for filing your appearance/answer, ask the circuit clerk for an *application for waiver of court fees*.

You should read all of the documents attached.

Enter the Case Number given by the Circuit Clerk: _____

| | | |
|---|---|---|
| In 4, the Circuit Clerk will give you the court date or appearance date, check any boxes that apply, and include the address of the court building and room where the Defendant/Respondent must file their response. | 4. | **Instructions for person receiving this form (Defendant/Respondent):** To respond to this *Summons* you must: |

☐ Go to court:
On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
Address: _____ Court Room: _____
City, State, ZIP: _____

☐ File a written *Appearance* and *Answer/Response* with the court:
On or before this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
Address: _____
City, State, ZIP: _____

☑ File a written *Appearance* and *Answer/Response* with the court within 30 days from the day you receive this *Summons* (listed below as the "Date of Service").
On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
Address: _____
City, State, ZIP: CHICAGO, IL

| | | |
|---|---|---|
| **STOP!** The Circuit Clerk will fill in this section. | **Witness this Date:** | 2/8/2022 12:16 PM IRIS Y. MARTINEZ _____ |
| | **Clerk of the Court:** | _____ |

| | |
|---|---|
| **STOP!** The officer or process server will fill in the Date of Service. | **This *Summons* must be served within 30 days of its date, listed above.** <br><br> Date of Service: _____ <br> *(Date to be entered by an officer or process server on the copy of this Summons left with the Defendant/Respondent or other person.)* |

| | |
|---|---|
| **Plaintiff/Petitioner:** | To serve this *Summons*, you must hire the sheriff (or a private process server outside of Cook County) to deliver it and your Complaint/Petition to the Defendant/Respondent. If the sheriff (or private process server outside of Cook County) tries but can't serve the *Summons*, fill out another summons and repeat this process. |
| **Attention:** | E-Filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit http://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/faq/gethelp.asp. or talk with your local circuit clerk's office. |

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.

| STATE OF ILLINOIS, CIRCUIT COURT<br>Cook COUNTY | AFFIDAVIT OF SERVICE OF SUMMONS AND COMPLAINT/PETITION | For Court Use Only |
|---|---|---|
| **Instructions**<br>Enter above the county name where the case was filed.<br>Enter your name as Plaintiff/Petitioner.<br>Enter the name of the person you are suing as Defendant/Respondent.<br>Enter the Case Number given by the Circuit Clerk. | ATHENA BITCOIN GLOBAL<br>Plaintiff / Petitioner (First, middle, last name)<br><br>v.<br><br>JANE DOE-OVERTON, INDIVIDUALLY & AS PART OF TH<br>Defendant / Respondent (First, middle, last name) | Case Number |

**\*\*Stop. Do not complete the form. The sheriff will fill in the form.\*\***

DO NOT complete this section. The sheriff will complete it.

My name is _____ and I swear under oath
       *First, Middle, Last*

that I served the *Summons* and Complaint/Petition on the Defendant/Respondent

_____ as follows:
*First, Middle, Last*

☐ Personally on the Defendant/Respondent:
Male: ☐  Female: ☐  Approx. Age: _____  Hair Color: _____
Height: _____  Weight: _____
On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
Address: _____
City, State, ZIP: _____

☐ At the Defendant/Respondent's home:
On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
Address: _____
City, State, ZIP: _____
And left it with: _____
       *First, Middle, Last*
Male: ☐  Female: ☐  Approx. Age: _____
and by sending a copy to this defendant in a postage-paid, sealed envelope to the above address on _____, 20 _____.

☐ On the Corporation's agent, _____
       *First, Middle, Last*
On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
Address: _____
City, State, ZIP: _____

SU-S 1503.1                     Page 3 of 4                     (09/18)

Enter the Case Number given by the Circuit Clerk: _____

| DO NOT complete this section. The sheriff, or private process server will complete it. |
|---|

By:

_____
*Signature*

_____
*Print Name*

**FEES**

By certified/registered    $ _____

Service and Return    $ _____

Miles: _____    $ _____

Total    $ _____