# Exhibit H

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.

| STATE OF ILLINOIS, CIRCUIT COURT | AFFIDAVIT OF SERVICE OF SUMMONS AND COMPLAINT/PETITION | FILED 2/16/2022 2:41 PM IRIS Y. MARTINEZ CIRCUIT CLERK COOK COUNTY, IL 2022CH01062 Calendar, 3 16735962 |
|---|---|---|
| Cook COUNTY | | |

**Instructions**

Enter above the county name where the case was filed.

Enter your name as Plaintiff/Petitioner.

Enter the name of the person you are suing as Defendant/Respondent.

Enter the Case Number given by the Circuit Clerk.

ATHENA BITCOIN GLOBAL
Plaintiff / Petitioner (First, middle, last name)

v.

JANE DOE-OVERTON, INDIVIDUALLY & AS PART OF TH
Defendant / Respondent (First, middle, last name)

2022CH01062
Case Number

"Stop. Do not complete this form. The sheriff will fill in the form."

**DO NOT** complete this section. The sheriff will complete it.

My name is **Christopher Lee LaFountain** and I swear under oath
         First, Middle, Last

that I served the Summons and Complaint/Petition on the Defendant/Respondent

**Jane Doe Overton, AKA Neidy Overton** as follows:
 First, Middle, Last

☒ Personally on the Defendant/Respondent.
Male: ☐  Female: ☒  Approx. Age: Mid 30's / Early 40's  Hair Color: Long Black with Platinum Highlights
Height: 5'9" to 6'  Weight: 150-165 lbs
On this date: 2-10-22  at this time: 6:35  ☐ a.m. ☒ p.m.
Address: 1917 Sage Trail
City, State, ZIP: Hurst, TX 76054

☐ At the Defendant/Respondent's home
On this date: _____ at the time: _____ ☐ a.m. ☐ p.m.
Address: _____
City, State, ZIP: _____
And left it with: _____
                   First, Middle, Last
Male: ☐  Female: ☐  Approx. Age: _____
and by sending a copy to this Defendant in a postage-paid, sealed envelope to the above address on _____, 20__.

☐ On the Corporation's agent,
                                First, Middle, Last
On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
Address: _____
City, State, ZIP: _____

SU-S 1503.1                                                   (09/14)

Enter the Case Number given by the Circuit Clerk: 2022CH01062

DO NOT complete this section. The sheriff, or private process server will complete it.

By:

*Signature* Christopher LaFountain

*Print Name* Christopher LaFountain

PSC: 16473
(3-31-23)

Sworn and Subscribed Before Me on
The ___ of _____ 20__

_____
Notary Public Signature



CHRISTOPHER J. ??? 
ID # 11826087
My Commission Expires
December 22, 2023

FEES
By certified/registered  $ _____
Service and Return      $ _____
Miles                   $ _____
Total  $ _____