# Exhibit I

earing Date: No hearing scheduled
ocation: <<CourtRoomNumber>>
Judge: Calendar, 3

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.

| STATE OF ILLINOIS, CIRCUIT COURT  Cook ▼ COUNTY | SUMMONS | FILED  For Court Use 2/8/2022 12:16 PM  IRIS Y. MARTINEZ  CIRCUIT CLERK  COOK COUNTY, IL  2022CH01062  Calendar, 3  16618927 |

| Instructions ▼ | | |
|---|---|---|
| Enter above the county name where the case was filed. | ATHENA BITCOIN GLOBAL  Plaintiff / Petitioner (First, middle, last name) | |
| Enter your name as Plaintiff/Petitioner. | | |
| Enter the names of all people you are suing as Defendants/Respondents. | v. | |
| Enter the Case Number given by the Circuit Clerk. | ROI DEVELOPERS, INC. D/B/A ACCRUVIA  Defendant / Respondent (First, middle, last name) | 2020CH01062  Case Number |

| | | |
|---|---|---|
| In **1**, if your lawsuit is for money, enter the amount of money you seek from the Defendant/Respondent. | 1. | **Information about the lawsuit:**  Amount claimed: $ 3,000,000.00 |
| In **2**, enter your contact information. If more than 1 person is bringing this lawsuit, attach an *Additional Plaintiff/Petitioner Contact Information* form. | 2. | **Contact information for the Plaintiff/Petitioner:**  Name *(First, Middle, Last)*: ATHENA BITCOIN GLOBAL  Street Address, Apt #: 1332 N. HALSTED ST., SUITE 401  City, State, ZIP: CHICAGO, IL 60642  Telephone: (312) 690-4466  See attached for additional Plaintiff/Petitioner contact information |
| In **3**, enter the name of the person you are suing and their address. If more than 1 person is being sued, attach an *Additional Defendant/Respondent Contact Information* form. | 3. | **Contact information for the Defendant/Respondent:**  Name *(First, Middle, Last)*: ROI DEVELOPERS, INC. D/B/A ACCRUVIA  Street Address, Apt #: 615 W Harwood Rd.  City, State, ZIP: Hurst, TX 76054  Telephone: (817) 714-6929  See attached for additional Defendant/Respondent contact information |

| **Important Information for the person receiving this form:** | You have been sued.  Follow the instructions on the next page on how to appear/answer.  • If you do not appear/answer the court may decide the case without hearing from you and enter a judgment against you for what the plaintiff/petitioner is asking.  • Your written appearance/answer must be filed on time and in the proper form.  • Forms for a written appearance/answer are available here: http://www.illinoiscourts.gov/forms/approved/default.asp  If you cannot afford to pay the fee for filing your appearance/answer, ask the circuit clerk for an *application for waiver of court fees*.  You should read all of the documents attached. |
|---|---|

Enter the Case Number given by the Circuit Clerk: _____

| | | |
|---|---|---|
| In 4, the Circuit Clerk will give you the court date or appearance date, check any boxes that apply, and include the address of the court building and room where the Defendant/Respondent must file their response. | **4. Instructions for person receiving this form (Defendant/Respondent):**<br>To respond to this *Summons* you must: | |

☐ Go to court:
  On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
  Address: _____ Court Room: _____
  City, State, ZIP: _____

☐ File a written *Appearance* and *Answer/Response* with the court:
  On or before this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
  Address: _____
  City, State, ZIP: _____

☑ File a written *Appearance* and *Answer/Response* with the court within 30 days from the day you receive this *Summons* (listed below as the "Date of Service").
  On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
  Address: _____
  City, State, ZIP: CHICAGO, IL

| STOP!<br>The Circuit Clerk will fill in this section. | **Witness this Date:** 2/8/2022 12:16 PM  IRIS Y. MARTINEZ<br><br>**Clerk of the Court:** _____ |
|---|---|

| STOP!<br>The officer or process server will fill in the Date of Service. | **This *Summons* must be served within 30 days of its date, listed above.**<br><br>Date of Service: _____<br>*(Date to be entered by an officer or process server on the copy of this Summons left with the Defendant/Respondent or other person.)* |
|---|---|

| **Plaintiff/Petitioner:** | To serve this *Summons*, you must hire the sheriff (or a private process server outside of Cook County) to deliver it and your Complaint/Petition to the Defendant/Respondent. If the sheriff (or private process server outside of Cook County) tries but can't serve the *Summons*, fill out another summons and repeat this process. |
|---|---|

| **Attention:** | E-Filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit http://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/faq/gethelp.asp, or talk with your local circuit clerk's office. |
|---|---|

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.

| STATE OF ILLINOIS, CIRCUIT COURT<br>Cook ▼ COUNTY | AFFIDAVIT OF SERVICE OF SUMMONS AND COMPLAINT/PETITION | For Court Use Only |
|---|---|---|

**Instructions**

Enter above the county name where the case was filed.

ATHENA BITCOIN GLOBAL
_Plaintiff / Petitioner (First, middle, last name)_

Enter your name as Plaintiff/Petitioner.

Enter the name of the person you are suing as Defendant/Respondent.

V.

ROI DEVELOPERS, INC. D/B/A ACCRUVIA
_Defendant / Respondent (First, middle, last name)_

Enter the Case Number given by the Circuit Clerk.

**Case Number**

**\*\*Stop. Do not complete the form. The sheriff will fill in the form.\*\***

DO NOT complete this section. The sheriff will complete it.

My name is _____ and I swear under oath
_First, Middle, Last_

that I served the *Summons* and Complaint/Petition on the Defendant/Respondent

_____ as follows:
_First, Middle, Last_

☐ Personally on the Defendant/Respondent:
Male: ☐   Female: ☐   Approx. Age: _____   Hair Color: _____
Height: _____   Weight: _____
On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
Address: _____
City, State, ZIP: _____

☐ At the Defendant/Respondent's home:
On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
Address: _____
City, State, ZIP: _____
And left it with: _____
_First, Middle, Last_
Male: ☐   Female: ☐   Approx. Age: _____
and by sending a copy to this defendant in a postage-paid, sealed envelope to the above address on _____, 20 _____ .

☐ On the Corporation's agent, _____
_First, Middle, Last_
On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
Address: _____
City, State, ZIP: _____

Enter the Case Number given by the Circuit Clerk:_____

| DO NOT complete this section. The sheriff, or private process server will complete it. |
|---|

By:

_____
*Signature*

_____
*Print Name*

**FEES**

By certified/registered    $ _____

Service and Return    $ _____

Miles: _____    $ _____

Total    $ _____