# Exhibit J

STATE OF ILLINOIS,
CIRCUIT COURT

Cook ☑ COUNTY

AFFIDAVIT OF SERVICE OF
SUMMONS AND
COMPLAINT/PETITION

FILED
2/16/2022 2:41 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2022CH01062
Calendar, 3
16735962

Instructions

ATHENA BITCOIN GLOBAL
Plaintiff / Petitioner *(First, middle, last name)*

V.

ROI DEVELOPERS, INC. D/B/A ACCRUVIA
Defendant / Respondent *(First, middle, last name)*

2022CH01062

Case Number:

**Stop. Do not complete the form. The sheriff will fill in the form.**

My name is **Christopher Lee LaFountain** and I swear under oath

that I served the Summons and Complaint/Petition on the Defendant/Respondent

**ROI Developers, Inc. D/B/A Accruvia** as follows

☐ Personally on the Defendant/Respondent
Male ☐ Female ☐ Approx. Age: ____ Hair Color: ____
Height: ____ Weight: ____
On this date: ____ at this time: ____ ☐ a.m. ☐ p.m.
Address: ____
City, State, ZIP: ____

☐ At the Defendant/Respondent's home:
On this date: ____ at this time: ____ ☐ a.m. ☐ p.m.
Address: ____
City, State, ZIP: ____
And left it with: ____
*First, Middle, Last*
Male ☐ Female ☐ Approx. Age: ____
and by sending a copy to this defendant in a postage-paid, sealed envelope to the
above address on ____, 20 ____

☒ On the Corporation's agent: **Shaun Overton**
*First, Middle, Last*
On this date: **2-10-22** at this time: **2:55** ☐ a.m. ☒ p.m.
Address: **615 W. Harwood Rd. Ste. B2**
City, State, ZIP: **Hurst, TX 76054**

2020CH01062

By:

Christopher LaFountain

Signature

Christopher LaFountain

Print Name

PSC: 16473

(3-31-23)

FEES

By certified/registered    $

Service and Return         $

Miles                      $

Total          $

Sworn and Subscribed Before Me on

The _____ of _____ 20___

Notary Public Signature

CHRISTOPHER J RORIE
ID #131266577
My Commission Expires
December 22, 2023