# Exhibit K

FILED
2/18/2022 12:44 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2022CH01062
Calendar, 3
16766936

IN THE CIRCUIT COURT OF COOK COUNTY
COUNTY DEPARTMENT - CHANCERY DIVISION

ATHENA BITCOIN GLOBAL

*Plaintiff*

v.

SHAUN OVERTON, ET AL.

*Defendants*

CIVIL NO.: 2022CH01062

BREACH OF FIDUCIARY DUTIES;
BREACH OF CONTRACT;
INTENTIONAL AND TORTIOUS
INTERFERENCE; DAMAGES;
EQUITABLE RELIEF

PLAINTIFF DEMANDS
TRIAL BY JURY

## MOTION FOR APPOINTMENT OF A SPECIAL PROCESS SERVER

NOW COMES Ryan M. Cleys, an attorney for Plaintiff, and pursuant to the provisions of 735 ILCS 5/2-202 moves this Honorable Court to Appoint a Special Process Server in the above-entitled cause states:

1. That on information and belief all the Defendants in this captioned case are individuals and a corporation who are residents in the State of Texas as follows:

   A. Shaun Overton for himself and as part of the Conjugal Partnership with Jane Doe-Overton resides at 1917 Sage Trail, Hurst, TX 76054;

   B. Jane Doe-Overton for herself and as part of the Conjugal Partnership with Shaun Overton resides at 1917 Sage Trail, Hurst, TX 76054;

   C. Shaun Overton in his personal and official capacity as Director of ROI Developers, Inc. with principal office address at 615 W Harwood Rd., Hurst, TX 76054; and

   D. ROI Developers, Inc. d/b/a Accruvia with principal office address at 615 W Harwood Rd., Hurst, TX 76054, and mailing address at 6909 Wandering Way, Colleyville, TX 76034.

2.  Christopher Lee LaFountain is a qualified private process server outside of Cook County and licensed for process service in the State of Texas, number PSC-16473.

3.  That on February 10, 2022 service was achieved by Christopher Lee LaFountain on the following defendants:

    A.  Shaun Overton for himself and as part of the Conjugal Partnership with Jane Doe-Overton;

    B.  Jane Doe-Overton, also known as Neidy Overton, for herself and as part of the Conjugal Partnership with Shaun Overton;

    C.  Shaun Overton in his personal and official capacity as Director of ROI Developers, Inc.; and

    D.  ROI Developers, Inc. d/b/a Accruvia.

4.  That in the interest of efficiency the Petitioner believes that the appointment of a special process server will expedite the matters at hand.

5.  That such service of process has already been effectuated and, thus giving due notice to the above-named defendants.

WHEREFORE, the Petitioner moves this Honorable Court to allow for service through a special process server, pursuant to the provisions of 735 ILCS 5/2-202 and ratify the appointment of the special process server *nunc pro tunc* to the date of service as such service has already been effectuated.

Respectfully Submitted, this 18th day of February, 2022.

/S/ Ryan Cleys
Attorney for the Petitioner

    Ryan M. Cleys #6326726
    115 East Irving Park Rd. #936
    Streamwood, IL 60107
    (847) 217- 7170
    Rmcleys@gmail.com
    63241