IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ATHENA BITCOIN GLOBAL,<br><br>    Plaintiff,<br><br>v.<br><br>SHAUN OVERTON, JANE DOE-OVERTON, each individually and as members of the Conjugal Legal Partnership constituted by both; SHAUN OVERTON, in his Personal and Official Capacity for ROI Developers, Inc.; ROI DEVELOPERS, INC. D/B/A ACCRUVIA; CORPORATIONS A, B, and C; JOHN DOE; RACHEL DOE; INSURANCE COMPANIES X, Y, and Z,<br><br>    Defendants. | Case No. 1:22-cv-01291<br><br>Cook County Case No. 2022CH01062 |

**CORPORATE DISCLOSURE STATEMENT OF
DEFENDANT ROI DEVELOPERS, INC. d/b/a ACCRUVIA**

Now comes Defendant, ROI Developers, Inc. d/b/a Accruvia, by their undersigned counsel, and pursuant to Federal Rule of Civil Procedure 7.1 and Northern District of Illinois Local Rule 3.2, states the following: Accruvia is a corporation organized under the laws of the State of Texas. There are no parent corporations or any publicly held corporations that own 10% or more of Accruvia's stock. Shaun Michael Overton, an individual, owns more than 5% of Accruvia.

A supplemental disclosure statement will be filed upon any change in the information provided herein.

Dated: March 10, 2022

                                                                  Respectfully submitted:

                                                                   */s/ Katie J. Colopy*
                                                                   Holly A. Harrison
                                                                   Katie J. Colopy
                                                                   Michael L. Rice
                                                                   HARRISON LAW LLC

       141 W. Jackson Blvd., Suite 2055
       Chicago, IL 60604
       (t) (312) 638-8776
       (f) (312) 638-8793
       hollyharrison@hlawllc.com
       katiecolopy@hlawllc.com
       mikerice@hlawllc.com

       **Attorneys for Defendants**
       **Shaun Overton, Neidy Overton and ROI**
       **Developers, Inc. d/b/a Accruvia**

**Certificate of Service**

  The undersigned hereby certifies that, on March 10, 2022, I served a copy of the foregoing Corporate Disclosure Statement of Defendant ROI Developers, Inc. d/b/a Accruvia on the following counsel of record by email and U.S. Mail:

Ryan M. Cleys
115 East Irving Park Rd., #936
Streamwood, Illinois 60107
Rmcleys@gmail.com

               */s/ Katie J. Colopy*