

: UNITED STATES DISTRICT COURT
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

**Thomas G. Bruton** 312-435-5670
**Clerk**

Date: 3/11/22

Ryan M. Cleys
115 East Irving Park Rd., #936
Streamwood, Illinois 60107
Rmcleys@gmail.com

RE: Athena Bitcoin Global v. Overton et al
USDC Case Number: 22cv1291

Dear Counselor:

The records of this office indicate that on 3/10/22 a notice of removal pursuant to 28 USC 1441 et seq. was filed with this court in connection with the above referenced matter. The notice lists the circuit court case number as 2022CH01062. The documents filed with the notice of removal list you as counsel for the plaintiff.

The purpose of this letter is to inform you that the Local Rules of this Court require that an appearance form be filed by an attorney who intends to represent a party in any proceeding before this Court. For your convenience, a copy of this form is located on the District Court website at http://www.ilnd.uscourts.gov/OnlineForms.aspx.

        Sincerely,
        Thomas G. Bruton, Clerk

        By: /s/G. Young_____
            Deputy Clerk

Enclosure

Rev. 09/23/2016