IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ATHENA BITCOIN GLOBAL,<br><br>    Plaintiff,<br><br>v.<br><br>SHAUN OVERTON, JANE DOE-OVERTON, each individually and as members of the Conjugal Legal Partnership constituted by both; SHAUN OVERTON, in his personal and official capacity for ROI Developers, Inc.; ROI DEVELOPERS, INC. D/B/A ACCRUVIA; CORPORATIONS A, B, and C; JOHN DOE; RACHEL DOE; INSURANCE COMPANIES X, Y, and Z,<br><br>    Defendants. | Case No. 1:22-cv-01291<br><br>Hon. Sara L. Ellis<br><br>Cook County Case No. 2022CH01062 |

## DEFENDANTS' UNOPPOSED FIRST MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

    Defendants Shaun Overton, Neidy Overton (incorrectly sued as "Jane Doe-Overton"), and ROI Developers, Inc. d/b/a Accruvia ("Accruvia") (collectively hereinafter, "Defendants"), by their undersigned counsel, hereby move pursuant to Federal Rule of Civil Procedure 6 for an extension of time to move, answer or otherwise respond to Plaintiff's Verified Complaint ("Complaint"), so that their response date will be March 24, 2022. <u>This motion is unopposed</u>. In support thereof, Defendants state as follows:

    1.    On February 7, 2022, Plaintiff Athena Bitcoin Global ("Athena") filed a Verified Complaint against Defendants in the Circuit Court of Cook County, captioned *Athena Bitcoin Global v. Shaun Overton, Jane Doe-Overton, Each Individually And As Members Of The Conjugal Legal Partnership Constituted By Both; Shaun Overton in his*

1

*Personal and Official Capacity for ROI Developers, Inc.; ROI Developers, Inc. d/b/a Accruvia; Corporations A, B and C; John Doe; Rachel Doe; Insurance Companies X, Y and Z*, Case No. 2022CH01062 (the "State Court Action").

2.  On March 10, 2022, Defendants removed the State Court Action to this Court. (Doc. 1, Notice of Removal)

3.  Pursuant to Federal Rule of Civil Procedure Rule 81(c)(2)(C), Defendants' response to the Complaint would be due on March 17, 2022.

4.  Defendants hereby move for an extension of one week up to and including March 24, 2022 to move, answer or otherwise respond to the Complaint. This request is to permit adequate time to prepare Defendants' response and is not requested merely for delay.

5.  This is Defendants' first request for an extension of the time to respond to the Complaint. On March 16, 2022, counsel for Defendants spoke with Ryan Cleys, counsel for Plaintiff, who indicated that Plaintiff did not object to the extension requested by Defendants.

WHEREFORE, Defendants respectfully request that the Court grant their unopposed first motion and extend the time to move, answer or otherwise respond to the Complaint by one week, up to and including March 24, 2022.

Dated: March 16, 2022　　　　　　　　Respectfully submitted:

　　　　　　　　　　　　　　　　　　*/s/ Michael L. Rice*
　　　　　　　　　　　　　　　　　　Holly A. Harrison
　　　　　　　　　　　　　　　　　　Katie J. Colopy
　　　　　　　　　　　　　　　　　　Michael L. Rice
　　　　　　　　　　　　　　　　　　HARRISON LAW LLC
　　　　　　　　　　　　　　　　　　141 W. Jackson Blvd., Suite 2055
　　　　　　　　　　　　　　　　　　Chicago, IL 60604
　　　　　　　　　　　　　　　　　　(t) (312) 638-8776
　　　　　　　　　　　　　　　　　　(f) (312) 638-8793
　　　　　　　　　　　　　　　　　　hollyharrison@hlawllc.com
　　　　　　　　　　　　　　　　　　katiecolopy@hlawllc.com

mikerice@hlawllc.com

**Attorneys for Defendants**
**Shaun Overton, Neidy Overton and ROI**
**Developers, Inc. d/b/a Accruvia**

<u>**Certificate of Service**</u>

  The undersigned hereby certifies that, on March 16, 2022, I served a copy of the foregoing Unopposed First Motion for Extension of Time to Respond to Complaint on the following counsel of record by email:

Ryan M. Cleys
115 East Irving Park Rd., #936
Streamwood, Illinois 60107
Rmcleys@gmail.com

            <u>*/s/ Michael L. Rice*   </u>