IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ATHENA BITCOIN GLOBAL,<br><br>　　Plaintiff,<br><br>v.<br><br>SHAUN OVERTON, JANE DOE-OVERTON, each individually and as members of the Conjugal Legal Partnership constituted by both; SHAUN OVERTON, in his personal and official capacity for ROI Developers, Inc.; ROI DEVELOPERS, INC. D/B/A ACCRUVIA; CORPORATIONS A, B, and C; JOHN DOE; RACHEL DOE; INSURANCE COMPANIES X, Y, and Z,<br><br>　　Defendants. | Case No. 1:22-cv-01291<br><br>Hon. Sara L. Ellis<br><br>Cook County Case No. 2022CH01062 |

**NOTICE OF DEFENDANTS' UNOPPOSED FIRST MOTION
FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

To:　Ryan M. Cleys
　　　115 East Irving Park Rd., #936
　　　Streamwood, Illinois 60107
　　　Rmcleys@gmail.com

　　　Please take notice that on Tuesday, March 22, 2022, at 9:45 a.m., the undersigned will present to the Honorable Sara L. Ellis, or any other judge sitting in her stead, in Courtroom 1403 of the United States District Court for the Northern District of Illinois, 219 S. Dearborn Street, Chicago, Illinois, Defendants' Unopposed First Motion for Extension of Time to Respond to Complaint, a copy of which is hereby served upon you.

Dated: March 16, 2022　　　　　　　　　Respectfully submitted:

　　　　　　　　　　　　　　　　　　　　　/s/ Michael L. Rice
　　　　　　　　　　　　　　　　　　　　　Holly A. Harrison

1

Katie J. Colopy
Michael L. Rice
HARRISON LAW LLC
141 W. Jackson Blvd., Suite 2055
Chicago, IL 60604
(t) (312) 638-8776
(f) (312) 638-8793
hollyharrison@hlawllc.com
katiecolopy@hlawllc.com
mikerice@hlawllc.com

**Attorneys for Defendants**
**Shaun Overton, Neidy Overton and ROI**
**Developers, Inc. d/b/a Accruvia**

## Certificate of Service

The undersigned hereby certifies that, on March 16, 2022, I served a copy of the foregoing Notice of Defendants' Unopposed First Motion for Extension of Time to Respond to Complaint on the following counsel of record by email:

Ryan M. Cleys
115 East Irving Park Rd., #936
Streamwood, Illinois 60107
Rmcleys@gmail.com

*/s/ Michael L. Rice*