IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ATHENA BITCOIN GLOBAL,<br><br>　　Plaintiff,<br><br>v.<br><br>SHAUN OVERTON, JANE DOE-OVERTON, each individually and as members of the Conjugal Legal Partnership constituted by both; SHAUN OVERTON, in his personal and official capacity for ROI Developers, Inc.; ROI DEVELOPERS, INC. D/B/A ACCRUVIA; CORPORATIONS A, B and C; JOHN DOE; RACHEL DOE; INSURANCE COMPANIES X, Y, and Z,<br><br>　　Defendants. | Case No. Case No. 1:22-cv-01291<br><br>Hon. Sara L. Ellis<br><br>Cook County Case No. 2022CH01062 |

**OPPOSED MOTION TO DISMISS ALL DEFENDANTS PURSUANT TO RULE 12(b)(2) AND TO DISMISS NEIDY OVERTON PURSUANT TO RULE 12(b)(6)**

Defendants Shaun Overton, Neidy Overton (incorrectly sued as "Jane Doe-Overton"), and ROI Developers, Inc. d/b/a Accruvia move to dismiss Plaintiff Athena Bitcoin Global's Complaint under Rule 12(b)(2). None of the Defendants has sufficient minimum contacts with the State of Illinois to justify the exercise of personal jurisdiction over them by this Court. In addition, Neidy Overton independently moves to dismiss under Rule 12(b)(6) because the Complaint fails to state any claim against her. This Motion is supported by the Memorandum of Law in Support of Motion to Dismiss All Defendants Pursuant to Rule 12(b)(2) and to Dismiss Neidy Overton Pursuant to Rule 12(b)(6), together with the exhibit and declarations attached thereto.

**Certificate of Conference**

Pursuant to L.R. 37.2 and this Court's motion procedures, the undersigned certifies that after consultation by telephone and good faith attempts to resolve differences, the parties could not

reach agreement regarding Defendants' motion to dismiss. Katie Colopy, counsel for Defendants, had an initial conference with Ryan Cleys, counsel for Plaintiff, on March 21, 2022, after which Ms. Colopy followed up with an email regarding Defendants' contemplated motion. A second conference then occurred on March 23, 2022, between Ms. Colopy and Mr. Cleys, as well as Antonio Valiente, co-counsel for Plaintiff, and Eddie Weinhaus, a representative of Plaintiff. At the conclusion of the second conference, counsel for Plaintiff indicated that Plaintiff opposed the motion to dismiss.

Dated: March 24, 2022  Respectfully submitted:

/s/ Michael L. Rice
Holly A. Harrison
Katie J. Colopy
Michael L. Rice
HARRISON LAW LLC
141 W. Jackson Blvd., Suite 2055
Chicago, IL 60604
(t) (312) 638-8776
(f) (312) 638-8793
hollyharrison@hlawllc.com
katiecolopy@hlawllc.com
mikerice@hlawllc.com

**Attorneys for Defendants
Shaun Overton, Neidy Overton and ROI
Developers, Inc. d/b/a Accruvia**

## **Certificate of Service**

The undersigned hereby certifies that, on March 24, 2022, I caused to be served a copy of the foregoing Opposed Motion to Dismiss All Defendants Pursuant to Rule 12(b)(2) and to Dismiss Neidy Overton Pursuant to Rule 12(b)(6) on the following counsel of record by email:

Ryan M. Cleys
115 East Irving Park Rd., #936
Streamwood, Illinois 60107
Rmcleys@gmail.com

*/s/ Michael L. Rice*