IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ATHENA BITCOIN GLOBAL,<br><br>    Plaintiff,<br><br>v.<br><br>SHAUN OVERTON, JANE DOE-OVERTON, each individually and as members of the Conjugal Legal Partnership constituted by both; SHAUN OVERTON, in his personal and official capacity for ROI Developers, Inc.; ROI DEVELOPERS, INC. D/B/A ACCRUVIA; CORPORATIONS A, B, and C; JOHN DOE; RACHEL DOE; INSURANCE COMPANIES X, Y, and Z,<br><br>    Defendants. | Case No. 1:22-cv-01291<br><br>Hon. Sara L. Ellis<br><br>Cook County Case No. 2022CH01062 |

**NOTICE OF OPPOSED MOTION TO DISMISS ALL DEFENDANTS PURSUANT TO RULE 12(b)(2) AND TO DISMISS NEIDY OVERTON PURSUANT TO RULE 12(b)(6)**

To:     Ryan M. Cleys
        115 East Irving Park Rd., #936
        Streamwood, Illinois 60107
        Rmcleys@gmail.com

    Please take notice that on Wednesday, March 30, 2022, at 9:45 a.m., the undersigned will present to the Honorable Sara L. Ellis, or any other judge sitting in her stead, in Courtroom 1403 of the United States District Court for the Northern District of Illinois, 219 S. Dearborn Street, Chicago, Illinois, the Opposed Motion to Dismiss All Defendants Pursuant to Rule 12(b)(2) and to Dismiss Neidy Overton Pursuant to Rule 12(b)(6), a copy of which is hereby served upon you.

Dated: March 24, 2022              Respectfully submitted:

                                                           */s/ Michael L. Rice*
                                                           Holly A. Harrison

Katie J. Colopy
Michael L. Rice
HARRISON LAW LLC
141 W. Jackson Blvd., Suite 2055
Chicago, IL 60604
(t) (312) 638-8776
(f) (312) 638-8793
hollyharrison@hlawllc.com
katiecolopy@hlawllc.com
mikerice@hlawllc.com

**Attorneys for Defendants
Shaun Overton, Neidy Overton and ROI
Developers, Inc. d/b/a Accruvia**

### Certificate of Service

The undersigned hereby certifies that, on March 24, 2022, I caused to be served a copy of the foregoing Notice of Opposed Motion to Dismiss All Defendants Pursuant to Rule 12(b)(2) and to Dismiss Neidy Overton Pursuant to Rule 12(b)(6), on the following counsel of record by email:

Ryan M. Cleys
115 East Irving Park Rd., #936
Streamwood, Illinois 60107
Rmcleys@gmail.com

                */s/ Michael L. Rice*