# Exhibit A



460 W Irving Park Rd
Suite C
Bensenville, IL 60106
800 959 2874
www.burgtranslations.com

March 23, 2022

I, the undersigned, having been duly sworn, depose and say that the following document:

- NDA_Redacted.docx

has been translated from **Spanish** into **English** by BURG Translations, Inc. and, to the best of my knowledge and belief, it is a true and accurate rendering of the original document.

| | |
|---|---|
| STATE OF ILLINOIS<br>COUNTY OF COOK<br>Chicago, Illinois, March 23, 2022 | **BURG** TRANSLATIONS, INC.<br>460 W Irving Park Rd,<br>Suite C<br>Bensenville, Illinois 60106<br>(800) 959-2874 |
| Signed and attested before me on this 23th day of March, 2022 by **Buse Nur Köstekli** | |

_____

Buse Nur Köstekli
Junior Project Manager

_____

Angelo Passalacqua, Notary Public

ANGELO PASSALACQUA
Official Seal
Notary Public - State of Illinois
My Commission Expires Nov 29, 2024

Cook County, State of Illinois






FILED DATE: 2/7/2022 6:56 PM 2022CH01062

I, *Shaun Overton*, *40* years of age, *1917 Sage Trail.* in the municipality of *Hurst*, State of *Texas, USA* with the Unique Identification Document number: **[REDACTED]**, hereby **DECLARE**: **I)** That between my person and the company that operates under the name of **"ATHENA HOLDINGS EL SALVADOR, VARIABLE CAPITAL LIMITED COMPANY",** abbreviated as **AHES, S.A. DE C.V.,** there has been an individual work relationship since *09/22/2021,* and by virtue of this, I have exercised and will continue to exercise my position as *CTO*. As a result of this, I have had contact with, handled and received commercial information of a restricted and confidential nature, regarding marketing, technical, financial, accounting and legal matters, among others, from AHES, S.A. DE C.V., as well as from the people who are related to it. **II)** That due to the foregoing, I hereby undertake to maintain total confidentiality in relation to the information that I have received, handled and managed or that in any way has come into my possession throughout the aforementioned employment relationship, including but not limited to the following: a) Financial, accounting, industrial, commercial, customer, marketing, strategic, legal, technical, and other information generated or not generated by the company for the exclusive use of the business, whether in the verbal, digital or physical form; b) Accounts and passwords for access to computerized applications, electronic mail, banking services, databases, operating systems, personal computers, communication equipment, and other electronic devices and services that allow access to tangible or intangible resources of the company; c) Any other document or information that may in any way be part of the intangible assets of AHES, S.A. DE C.V. that is and will be received by me from any of the members, representatives, employees, legal representatives, lawyers and/or executives and even clients of the aforementioned company, under the protection of this instrument, including preliminary documents, notes, reports, studies, correspondence, facsimiles and any other information transmitted by any means; these will be considered by me to be confidential. **III)** That as a consequence of the employment relationship that I have maintained and continue to maintain with AHES, S.A. DE C.V., I expressly consider and acknowledge that all related information is and will be the exclusive property of AHES, S.A. DE C.V., and therefore all the information, including but not limited to any commercial and confidential information

which may have been disclosed to me by virtue of the aforementioned employment relationship and of all that is relevant to AHES, S.A. DE C.V. or to its subsidiaries and other entities related to it, will not be used by me for any reason or for any purpose. Therefore I will take all necessary measures to maintain the confidentiality of the information and prevent its loss or disclosure to third parties. Likewise, I declare that I understand that all the information received is characterized as being a "business secret", due to its having commercial value and to having been reserved by AHES, S.A. DE C.V. for exclusive use as restricted information. Therefore, it is understood that ATHENA HOLDINGS EL SALVADOR, SOCIEDAD ANÓNIMA DE CAPITAL VARIABLE will have the right to demand from me verbally or in writing at any time that the restricted, confidential or internal information of the company that is in my possession be destroyed or returned, regardless of whether such information was provided before this date. **IV)** Whereas, I expressly assume the responsibility for any loss, theft, destruction and/or misuse of any information owned by AHES, S.A. DE C.V. that is contained within personal computers that are not owned by AHES, S.A. DE C.V., as well as all information that has been extracted or will be extracted in the future by me through magnetic storage devices, compact discs, USB keys, forwarding of said information to personal email, disclosures on social networks, digital platforms, other devices such as cell phones or tablets, or through any other technology. I hereby unequivocally undertake not to take photographs of equipment, materials, supplies, structures, spaces, real estate, or any other distinctive, commercial sign or logos that were owned or merely in the possession of, but ultimately linked to AHES, S.A. DE C.V., nor to disclose in any physical or digital medium any photograph or content related to the operation and economic activity of AHES, S.A. DE C.V.. I also agree not to remove any work tools or personal property owned or held by AHES, S.A. DE C.V. that are part of the development, management and operation of the economic activity of said company, regardless of the object and value in question. Therefore, I hereby assume the risk of being liable for damages caused to ATHENA HOLDINGS EL SALVADOR, SOCIEDAD ANÓNIMA DE CAPITAL VARIABLE, SA, DE CV, and/or its clients, derived from the breach of any of the obligations and declarations contained in this instrument. **V)** That the statements made through this document and the

obligation to maintain confidentiality implicit in all statements are in force as of this date and will continue to be in force, even if said employment relationship is terminated, without a time limit and regardless of the reason that may cause said termination of the relationship. Finally, I hereby manifest that in the event of breach of the obligations contained in this declaration, I will be civilly and criminally liable before ATHENA HOLDINGS EL SALVADOR, SOCIEDAD ANÓNIMA DE CAPITAL VARIABLE or any of its clients who may be affected as a result of my breach; in which case ATHENA HOLDINGS EL SALVADOR, SOCIEDAD ANÓNIMA DE CAPITAL VARIABLE may pursue against me all the legal actions to which said breach may give rise, particularly the compensation for the damages caused, being financially liable up to the amount of thirty thousand dollars of the United States of America or legal tender. **VI)** That for the legal effects of the interpretation of this declaration, I expressly submit to the legal system of the Republic of El Salvador and its judicial courts. In witness whereof I sign this document in the city of San Salvador, State of San Salvador, on the _22nd_ day of the month of _September_ of the year two thousand and twenty-one.

[Stamp: JUAN CARLOS PREZA SALINAS – REPUBLIC OF EL SALVADOR- NOTARY (initials)]

**Signature:** *[signature]*

In the city of San Salvador, State of San Salvador, at _17_ hours and _04_ minutes on _Wednesday [sic]_ of the month of _September_ of two-thousand and twenty-one. Before me, JUAN CARLOS PREZA SALINAS, Notary, of the municipality of San Salvador, State of San Salvador, appeared ___[blank]___ , _40_ years of age, _1917 Sage Trail_, from the municipality of _Hurst_, state of _Texas, USA_,  whom I do not know but whom I identified by means of his Unique Identification Document number: **[REDACTED]** , AND DECLARED: That he

FILED DATE: 2/7/2022 6:56 PM 2022CH01062

recognizes as his the signature at the bottom of the previous document, as well as the statements and obligations contained therein, as it was signed in this city, on this same day, month and year. Said document literally STATES: **I)** That between my person and the company that operates under the name of **ATHENA HOLDINGS EL SALVADOR, VARIABLE CAPITAL LIMITED COMPANY**, abbreviated as **AHES, S.A. DE C.V.**, there has been an individual work relationship since <u>09/22/2021</u>, and by virtue of this, I have exercised and will continue to exercise my position as <u>CTO</u>. As a result of this, I have had contact with, handled and received commercial information of a restricted and confidential nature, regarding marketing, technical, financial, accounting and legal matters, among others, from AHES, S.A. DE C.V., as well as from the people who are related to it. **II)** That due to the foregoing, I hereby undertake to maintain total confidentiality in relation to the information that I have received, handled and managed or that in any way has come into my possession throughout the aforementioned employment relationship, including but not limited to the following: a) Financial, accounting, industrial, commercial, customer, marketing, strategic, legal, technical, and other information generated or not generated by the company for the exclusive use of the business, whether in the verbal, digital or physical form; b) Accounts and passwords for access to computerized applications, electronic mail, banking services, databases, operating systems, personal computers, communication equipment, and other electronic devices and services that allow access to tangible or intangible resources of the company; c) Any other document or information that may in any way be part of the intangible assets of AHES, S.A. DE C.V. that is and will be received by me from any of the members, representatives, employees, legal representatives, lawyers and/or executives and even clients of the aforementioned company, under the protection of this instrument, including preliminary documents, notes, reports, studies, correspondence, facsimiles and any other information transmitted by any means; these will be considered by me to be confidential. **III)** That as a consequence of the employment relationship that I have maintained and continue to maintain with AHES, S.A. DE C.V., I expressly consider and acknowledge that all related information is and will be the exclusive property of AHES, S.A. DE C.V., and therefore all the information, including but not limited to any commercial and confidential information

FILED DATE: 2/7/2022 6:56 PM 2022CH01062

which may have been disclosed to me by virtue of the aforementioned employment relationship and of all that is relevant to AHES, S.A. DE C.V. or to its subsidiaries and other entities related to it, will not be used by me for any reason or for any purpose. Therefore I will take all necessary measures to maintain the confidentiality of the information and prevent its loss or disclosure to third parties. Likewise, I declare that I understand that all the information received is characterized as being a "business secret", due to its having commercial value and to having been reserved by AHES, S.A. DE C.V. for exclusive use as restricted information Therefore, it is understood that ATHENA HOLDINGS EL SALVADOR, SOCIEDAD ANÓNIMA DE CAPITAL VARIABLE will have the right to demand from me verbally or in writing at any time that the restricted, confidential or internal information of the company that is in my possession be destroyed or returned, regardless of whether such information was provided before this date. **IV)** Whereas, I expressly assume the responsibility for any loss, theft, destruction and/or misuse of any information owned by AHES, S.A. DE C.V. that is contained within personal computers that are not owned by AHES, SA DE C.V., as well as all information that has been extracted or will be extracted in the future by me through magnetic storage devices, compact discs, USB keys, forwarding of said information to personal email, disclosures on social networks, digital platforms, other devices such as cell phones or tablets, or through any other technology. I hereby unequivocally undertake not to take photographs of equipment, materials, supplies, structures, spaces, real estate, or any other distinctive, commercial sign or logos that were owned or merely in the possession of, but ultimately linked to AHES, SA DE C.V., nor to disclose in any physical or digital medium any photograph or content related to the operation and economic activity of AHES, S.A. DE C.V. I also agree not to remove any work tools or personal property owned or held by AHES, S.A. DE C.V. that are part of the development, management and operation of the economic activity of said company, regardless of the object and value in question. Therefore, I hereby assume the risk of being liable for damages caused to ATHENA HOLDINGS EL SALVADOR, SOCIEDAD ANÓNIMA DE CAPITAL VARIABLE, SA, DE CV and/or its clients, derived from the breach of any of the obligations and declarations contained in this instrument. **V)** That the statements made through this

FILED DATE: 2/7/2022 6:56 PM 2022CH01062

document and the obligation to maintain confidentiality implicit in all statements are in force as of this date and will continue to be in force, even if said employment relationship is terminated, without a time limit and regardless of the reason that may cause said termination of the relationship. Finally, I hereby manifest that in the event of breach of the obligations contained in this declaration, I will be civilly and criminally liable before ATHENA HOLDINGS EL SALVADOR, SOCIEDAD ANÓNIMA DE CAPITAL VARIABLE or any of its clients who may be affected as a result of my breach; in which case ATHENA HOLDINGS EL SALVADOR, SOCIEDAD ANÓNIMA DE CAPITAL VARIABLE may pursue against me all the legal actions to which said breach may give rise, particularly the compensation for the damages caused, being financially liable up to the amount of thirty thousand dollars of the United States of America or legal tender. **VI)** That for the legal effects of the interpretation of this declaration, I expressly submit to the legal system of the Republic of El Salvador and its judicial courts.

And I, the undersigned Notary, **HEREBY CERTIFY:** That the signature that appears at the end of the previous document is authentic, as it was signed in his own handwriting and in my presence by the appearing party. This was the declaration of the appearing party, to whom I explained the legal effects of this notarial deed, which consists of two effective pages; and it having been read by me in its entirety, in a single uninterrupted act, he ratified its content and for the record signs with me. **I HEREBY CERTIFY. -**

    Signature:    **[Signature]**

[Stamp: JUAN CARLOS PREZA SALINAS – REPUBLIC OF EL SALVADOR- NOTARY (initials)]

Yo Shawn Overton, de 40 años de edad, 817 Sage Trail, del domicilio de Hurst, Departamento de Texas, EE.UU., con Documento Único de Identidad número: ▮▮▮▮▮▮▮▮▮▮▮▮, por este medio **OTORGO: I)** Que entre mi persona y la sociedad que gira bajo la denominación de "**ATHENA HOLDINGS EL SALVADOR, SOCIEDAD ANÓNIMA DE CAPITAL VARIABLE**", abreviadamente "**AHES, S.A. DE C.V.**", ha existido una relación individual de trabajo desde el día 22/09/2021 y en virtud de ello, he ejercido y continuaré ejerciendo mi cargo de CTO. Debido a ello, he tenido contacto, manejado y recibido información comercial de uso restringido y confidencial, de mercadeo, técnica, financiera, contable y legal, entre otras, de parte de "AHES, S.A. DE C.V.", así como de las personas que se relacionan con ésta. **II)** Que por lo antes expuesto, a través del presente me obligo a mantener en total confidencialidad la información que he recibido, manejado y dirigido o que de cualquier forma ha llegado a mi poder a lo largo de la relación laboral antes mencionada, incluyendo pero no limitado a lo siguiente: a) Información financiera, contable, industrial, comercial, de clientela, de mercadeo, estratégica, legal, técnica, y de otra índole generada o no generada por la sociedad para uso exclusivo del negocio, ya sea en forma verbal, digital o física; b) De cuentas y contraseñas de acceso a las aplicaciones computarizadas, correo electrónico, servicios bancarios, bases de datos, sistemas operativos, computadoras personales, equipos de comunicación, y otros dispositivos y servicios electrónicos que permita ganar acceso a recursos tangibles o intangibles de la sociedad; c) De cualquier otro documento o información que de alguna forma sea parte de los activos intangibles de "AHES, S.A. DE C.V." que son y serán recibidos por mi persona de cualquiera de los miembros, personeros, empleados, representantes legales, abogados y/o ejecutivos e incluso clientes de la sociedad mencionada, bajo el amparo de este instrumento, incluyendo documentos preliminares, notas, reportes, estudios, correspondencia, facsímiles y cualquier otra información transmitida por cualquier medio, será considerada por mi persona como confidencial. **III)** Que como consecuencia de la relación laboral que he mantenido y mantengo con "AHES, S.A. DE C.V.", considero y reconozco expresamente que toda la información relacionada es y será propiedad exclusiva de "AHES, S.A. DE C.V.", por lo que toda la información, incluyendo pero sin limitarse a la información comercial y confidencial, que haya sido revelada a mi persona en virtud de la relación laboral antes dicha y de toda aquella que tenga relevancia para "AHES, S.A. DE C.V." o para sus subsidiarias y demás entidades relacionadas con ésta, no será utilizada por mi persona por ningún motivo y para ningún fin, y que por lo tanto tomaré todas las medidas necesarias para mantener la confidencialidad de la información y evitar su pérdida o revelación a terceros. Asimismo, declaro que entiendo que toda la información recibida tiene carácter de "secreto empresarial", por tener un valor comercial y por haberla tenido reservada "AHES, S.A. DE C.V." para uso exclusivo

como información restringida. Por lo que queda entendido que "ATHENA HOLDINGS EL SALVADOR, SOCIEDAD ANÓNIMA DE CAPITAL VARIABLE" tendrá el derecho de exigirme verbalmente o por escrito en cualquier momento que la información restringida, confidencial o interna de la sociedad que se encuentre en mi poder sea destruida o devuelta, independientemente de que tal información se haya entregado antes de esta fecha. IV) Que expresamente asumo bajo mi responsabilidad cualquier pérdida, robo, destrucción y/o mala utilización de toda información propiedad de "AHES, S.A. DE C.V." que esté contenida dentro de ordenadores personales que no sean propiedad de "AHES, S.A. DE C.V.", así como toda información que haya sido extraída o sea extraída en un futuro por mi persona a través de dispositivos de almacenamiento magnéticos, discos compactos, llaves usb, remisión de la misma hacia correo electrónico personal, divulgaciones en redes sociales, plataformas digitales, demás dispositivos tales como celulares, tablets, o a través de cualquier otra tecnología. De forma inequívoca me obligo a no tomar fotografías de equipos, materiales, insumos, estructuras, espacios, inmuebles, ni ningún otro signo distintivo, comercial ni logos que estuvieren en propiedad o mera tenencia, pero en definitiva vinculados a "AHES, S.A. DE C.V.", ni a divulgar en cualquier medio físico o digital ninguna fotografía o contenido relacionado a la operación y actividad económica de "AHES, S.A. DE C.V.". También me obligo a no sustraer ninguna herramienta de trabajo o bienes muebles que estén en propiedad o tenencia por parte de "AHES, S.A. DE C.V., S.A. DE C.V." y que sean parte de el desarrollo, manejo y operación de la actividad económica de dicha sociedad, independientemente del objeto y valor del que se trate. Por lo tanto, asumo el riesgo de responder por los daños y perjuicios causados a "ATHENA HOLDINGS EL SALVADOR, SOCIEDAD ANÓNIMA DE CAPITAL VARIABLE, S.A. DE C.V.", y/o a sus clientes, derivados del incumplimiento de cualquier de las obligaciones y declaraciones contenidas en el presente instrumento. V) Que las declaraciones hechas a través de la presente y la obligación de reserva de confidencialidad imbíbita en tales declaraciones se encuentran vigentes a esta fecha y continuarán estándolo, incluso aun dada por terminada dicha relación laboral, sin límite de tiempo e independientemente del motivo que provocare dicha finalización del vínculo. Finalmente, manifiesto que, en caso de incumplimiento de las obligaciones contenidas en la presente declaración, seré responsable civil y penalmente frente a "ATHENA HOLDINGS EL SALVADOR, SOCIEDAD ANÓNIMA DE CAPITAL VARIABLE.", o los clientes de ésta que se vean afectados como consecuencia de mi incumplimiento; en tal virtud "ATHENA HOLDINGS EL SALVADOR, SOCIEDAD ANÓNIMA DE CAPITAL VARIABLE", podrá seguir en mi contra todas las acciones legales a que dicho incumplimiento diere lugar, particularmente el resarcimiento de los daños y perjuicios causados, respondiendo económicamente hasta por la cantidad de Treinta Mil Dólares de los Estados Unidos de América o moneda de curso legal. VI) Que para los efectos legales de la interpretación de la presente declaración expresamente, me someto al ordenamiento jurídico de la República de El Salvador y a sus tribunales judiciales. En fe de lo cual

firmo el presente documento en la ciudad de San Salvador, Departamento de San Salvador, el día __22__ del mes de __Septiembre__ del año dos mil veintiuno. -

Firma: _[signature]_

En la ciudad de San Salvador, Departamento de San Salvador, a las __8:17__ horas y __0__ minutos del día __Wednesday__ del mes de __Septiembre__ de dos mil veintiuno. Ante mí, JUAN CARLOS PREZA SALINAS, Notario, domicilio de San Salvador, Departamento de San Salvador, comparece _____, de __40__ años de edad, __1917 Sage Trail__, del domicilio de __Hurst__, Departamento de __Texas EE.UU.__, a quien no conozco pero identifico por medio de su Documento Único de Identidad número: ███████████, y ME DICE: Que reconoce como suya la firma que se encuentra al calce del anterior documento, así como las declaraciones y obligaciones contenidas en él, por haber sido suscrito en esta ciudad, este mismo día, mes y año, que literalmente DICE: """""I) Que entre mi persona y la sociedad que gira bajo la denominación de "ATHENA HOLDINGS EL SALVADOR, SOCIEDAD ANÓNIMA DE CAPITAL VARIABLE", abreviadamente "AHES, S.A. DE C.V.", ha existido una relación individual de trabajo desde el día __22-09-21__ y en virtud de ello, he ejercido y continuaré ejerciendo mi cargo de __CTO__. Debido a ello, he tenido contacto, manejado y recibido información comercial de uso restringido y confidencial, de mercadeo, técnica, financiera, contable y legal, entre otras, de parte de "AHES, S.A. DE C.V.", así como de las personas que se relacionan con ésta. II) Que por lo antes expuesto, a través del presente me obligo a mantener en total confidencialidad la información que he recibido, manejado y dirigido o que de cualquier forma ha llegado a mi poder a lo largo de la relación laboral antes mencionada, incluyendo pero no limitado a lo siguiente: a) Información financiera, contable, industrial, comercial, de clientela, de mercadeo, estratégica, legal, técnica, y de otra índole generada o no generada por la sociedad para uso exclusivo del negocio, ya sea en forma verbal, digital o física; b) De cuentas y contraseñas de acceso a las aplicaciones computarizadas, correo electrónico, servicios bancarios, bases de datos, sistemas operativos, computadoras personales, equipos de comunicación, y otros dispositivos y servicios electrónicos que permita ganar acceso a recursos tangibles o intangibles de la sociedad; c) De cualquier otro documento o información que de alguna forma sea parte de los activos intangibles de "AHES, S.A. DE C.V." que son y serán recibidos por mi persona de cualquiera de los miembros, personeros, empleados, representantes legales, abogados y/o ejecutivos e incluso

clientes de la sociedad mencionada, bajo el amparo de este instrumento, incluyendo documentos preliminares, notas, reportes, estudios, correspondencia, facsímiles y cualquier otra información transmitida por cualquier medio, será considerada por mi persona como confidencial. **III)** Que como consecuencia de la relación laboral que he mantenido y mantengo con "AHES, S.A. DE C.V.", considero y reconozco expresamente que toda la información relacionada es y será propiedad exclusiva de "AHES, S.A. DE C.V.", por lo que toda la información, incluyendo pero sin limitarse a la información comercial y confidencial, que haya sido revelada a mi persona en virtud de la relación laboral antes dicha y de toda aquella que tenga relevancia para "AHES, S.A. DE C.V." o para sus subsidiarias y demás entidades relacionadas con ésta, no será utilizada por mi persona por ningún motivo y para ningún fin, y que por lo tanto tomaré todas las medidas necesarias para mantener la confidencialidad de la información y evitar su pérdida o revelación a terceros. Asimismo, declaro que entiendo que toda la información recibida tiene carácter de "secreto empresarial", por tener un valor comercial y por haberla tenido reservada "AHES, S.A. DE C.V." para uso exclusivo como información restringida. Por lo que queda entendido que "ATHENA HOLDINGS EL SALVADOR, SOCIEDAD ANÓNIMA DE CAPITAL VARIABLE" tendrá el derecho de exigirme verbalmente o por escrito en cualquier momento que la información restringida, confidencial o interna de la sociedad que se encuentre en mi poder sea destruida o devuelta, independientemente de que tal información se haya entregado antes de esta fecha. **IV)** Que expresamente asumo bajo mi responsabilidad cualquier pérdida, robo, destrucción y/o mala utilización de toda información propiedad de "AHES, S.A. DE C.V." que esté contenida dentro de ordenadores personales que no sean propiedad de "AHES, S.A. DE C.V.", así como toda información que haya sido extraída o sea extraída en un futuro por mi persona a través de dispositivos de almacenamiento magnéticos, discos compactos, llaves usb, remisión de la misma hacia correo electrónico personal, divulgaciones en redes sociales, plataformas digitales, demás dispositivos tales como celulares, tablets, o a través de cualquier otra tecnología. De forma inequívoca me obligo a no tomar fotografías de equipos, materiales, insumos, estructuras, espacios, inmuebles, ni ningún otro signo distintivo, comercial ni logos que estuvieren en propiedad o mera tenencia, pero en definitiva vinculados a "AHES, S.A. DE C.V.", ni a divulgar en cualquier medio físico o digital ninguna fotografía o contenido relacionado a la operación y actividad económica de "AHES, S.A. DE C.V.". También me obligo a no sustraer ninguna herramienta de trabajo o bienes muebles que estén en propiedad o tenencia por parte de "AHES, S.A. DE C.V., S.A. DE C.V." y que sean parte de el desarrollo, manejo y operación de la actividad económica de dicha sociedad, independientemente del objeto y valor del que se trate. Por lo tanto, asumo el riesgo de responder por los daños y perjuicios causados a "ATHENA HOLDINGS EL SALVADOR, SOCIEDAD ANÓNIMA DE CAPITAL VARIABLE, S.A. DE C.V.", y/o a sus clientes, derivados del incumplimiento de cualquier de las obligaciones y declaraciones contenidas en el presente instrumento. **V)** Que

FILED DATE: 2/7/2022 6:56 PM   2022CH01062

las declaraciones hechas a través de la presente y la obligación de reserva de confidencialidad imbíbita en tales declaraciones se encuentran vigentes a esta fecha y continuarán estándolo, incluso aun dada por terminada dicha relación laboral, sin límite de tiempo e independientemente del motivo que provocare dicha finalización del vínculo. Finalmente, manifiesto que, en caso de incumplimiento de las obligaciones contenidas en la presente declaración, seré responsable civil y penalmente frente a "ATHENA HOLDINGS EL SALVADOR, SOCIEDAD ANÓNIMA DE CAPITAL VARIABLE.", o los clientes de ésta que se vean afectados como consecuencia de mi incumplimiento; en tal virtud "ATHENA HOLDINGS EL SALVADOR, SOCIEDAD ANÓNIMA DE CAPITAL VARIABLE", podrá seguir en mi contra todas las acciones legales a que dicho incumplimiento diere lugar, particularmente el resarcimiento de los daños y perjuicios causados, respondiendo económicamente hasta por la cantidad de Treinta Mil Dólares de los Estados Unidos de América o moneda de curso legal. **VI)** Que para los efectos legales de la interpretación de la presente declaración expresamente, me someto al ordenamiento jurídico de la República de El Salvador y a sus tribunales judiciales. """"""" Y yo, el suscrito Notario, **DOY FE**: Que la firma que aparece al final del anterior documento es auténtica, por haber sido puesta de su puño y letra y a mi presencia por el compareciente. Así se expresó el compareciente, a quién expliqué los efectos legales de la presente acta notarial, que consta de dos folios útiles; y leída que le fue por mí íntegramente, en un solo acto ininterrumpido, ratifica su contenido y para constancia firma conmigo. **DOY FE**. –



Firma:

