# Exhibit B

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

ATHENA BITCOIN GLOBAL,

      Plaintiff,

v.

SHAUN OVERTON, JANE
DOE-OVERTON, each individually and as
members of the Conjugal Legal Partnership
constituted by both; SHAUN OVERTON, in
his personal and official capacity for ROI
Developers, Inc.; ROI DEVELOPERS, INC.
D/B/A ACCRUVIA; CORPORATIONS A, B
and C; JOHN DOE; RACHEL DOE;
INSURANCE COMPANIES X, Y, and Z,

      Defendants.

Case No. Case No. 1:22-cv-01291

Hon. Sara L. Ellis

Cook County Case No. 2022CH01062

## DECLARATION OF SHAUN OVERTON

I, Shaun Overton, declare:

1.      I am the President of ROI Developers, Inc. d/b/a Accruvia ("Accruvia"). The matters stated in this declaration are based on my own personal knowledge unless otherwise stated. I am over the age of 18 and, if called as a witness, I could and would competently testify to these matters.

2.      I reside in Hurst, Texas, with my family, which includes my wife, Neidy Overton.

3.      ROI Developers, Inc. is incorporated in Texas and has its principal place of business in Hurst, Texas. I have also registered "Accruvia" as an assumed name under which ROI Developers, Inc. does business, and I will refer to the business as "Accruvia" in this Declaration. All physical assets of Accruvia are located in Texas.

4.      I do not own or lease any real estate in Illinois.  Accruvia does not own or lease any real estate in Illinois.

5.      I do not maintain any banking or other financial accounts in Illinois.  Accruvia does not maintain any banking or other financial accounts in Illinois.

6.      Accruvia has never had employees, contractors or agents in Illinois.

7.      I have only been to Illinois twice.  The first time was in 1998 when I was a high school student and attended a summer camp held at Northwestern University.  The second time was in 2016 when I was in transit through O'Hare International Airport on my way to a wedding in Wales.

8.      As a result of work that Accruvia was doing for the government of El Salvador, I became aware of "Athena" and its CEO, Eric Gravengaard.  While Athena Bitcoin Global ("Athena Global") has brought this lawsuit, I signed the term sheet discussed below with an entity referred to as Athena Bitcoin Global, Inc.  In addition, separate from the term sheet, Accruvia did work for "Athena" and was paid for that work by Athena Bitcoin, Inc.  The NDA agreement I signed in El Salvador stated that I was the CTO for Athena Holdings El Salvador, Sociedad Anónima de Capital Variable ("Athena El Salvador").  I will refer to all of the Athena-related companies collectively as "Athena" unless otherwise specified.

9.      I met Eric Gravengaard briefly in Athena's offices in San Salvador, El Salvador, on September 20, 2021.  As mentioned, Athena and Accruvia were both contractors to the government of El Salvador.

10.     Eric Gravengaard initiated the discussions regarding Accruvia and Athena doing business together.  At Gravengaard's request, I went to Athena's San Salvador office on the morning of September 21, 2021.  There I met Athena's President, Eddie Weinhaus.

11.     Later in the evening of September 21, I met Gravengaard by the pool of Hotel Barcelo in San Salvador to discuss Athena's proposal in more detail.  We came to terms for a potential deal, which I summarized in an email to Gravengaard the following morning, on September 22, 2021. Graveengard very quickly confirmed his understanding of the potential deal.

12.     Around 5:00 p.m. on September 22, 2021, Gravengaard and I signed a Term Sheet, a redacted copy of which is attached to the Verified Petition as Exhibit A.  The Term Sheet was negotiated and signed while we were in San Salvador.

13.     I never had an in-person meeting in Illinois with Eric Gravengaard, Eddie Weinhaus, or anyone else employed by Athena.

14.     Gravengaard and I and our respective attorneys met twice after the Term Sheet was signed.  Both meetings took place in San Salvador.

15.     My communications with Athena were primarily with Eric Gravengaard and mostly took place in person in San Salvador.  I participated in a couple of telephone conversations with Athena staff after the term sheet was signed.  I was either in San Salvador or in Texas during those conversations.

16.     All the work that I personally performed for any Athena entity was paid for by Athena Bitcoin, Inc. and was done either in El Salvador or in Texas.

17.     I am personally familiar with the work performed for Athena by Accruvia employees and contractors.  That work was performed either in El Salvador or remotely from the employee's or contractor's personal work location.  Those work locations were in Texas, the Dominican Republic, Greece, or states and countries other than Illinois and the United States.  The portion of this work that was paid for was paid for by Athena Bitcoin.

18.     Other than the work paid for by Athena Bitcoin, Inc., which was performed outside Illinois, Accruvia has never had a customer based in Illinois.

19.     I never had a written employment agreement with Athena, although Athena Global was supposed to provide me with one.  The term sheet provided that I would become an employee of Athena Global upon closing, but there was never a closing.  I was never paid a salary or wages by Athena.  As noted, the NDA agreement I signed (attached to Plaintiff's complaint) was signed in El Salvador and stated that I was the CTO for Athena El Salvador.

20.     I never had any discussions with Eric Gravengaard or anyone else at Athena regarding me having an office in Illinois or doing work for Athena in Illinois.  We did discuss some potential work for me in Congo and other countries.

21.     I assisted in Athena's hiring one employee, Andrew Chalk, who lived in Dallas and who worked on the project in El Salvador.  I recommended Chalk to Athena, but Athena had the final say.

22.     On November 1, 2021, I met with Eric Gravengaard in San Salvador.  I then returned to Texas.  I spoke with Eric via Microsoft Teams on November 3, 2021.  At the end of that call, Eric asked me to resign.  That evening I sent Eric an email stating that Accruvia was terminating its relationship with Athena.  I believe that Eric was in San Salvador on November 3.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this

24th day of March, 2022, in Hurst, Texas.

Shaun Overton