# Exhibit C

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ATHENA BITCOIN GLOBAL,<br><br>    Plaintiff,<br><br>v.<br><br>SHAUN OVERTON, JANE DOE-OVERTON, each individually and as members of the Conjugal Legal Partnership constituted by both; SHAUN OVERTON, in his personal and official capacity for ROI Developers, Inc.; ROI DEVELOPERS, INC. D/B/A ACCRUVIA; CORPORATIONS A, B and C; JOHN DOE; RACHEL DOE; INSURANCE COMPANIES X, Y, and Z,<br><br>    Defendants. | Case No. Case No. 1:22-cv-01291<br><br>Hon. Sara L. Ellis<br><br>Cook County Case No. 2022CH01062 |

## **DECLARATION OF NEIDY OVERTON**

I, Neidy Overton, declare:

1. The matters stated in this declaration are based on my own personal knowledge unless otherwise stated. I am over the age of 18 and, if called as a witness, I could and would competently testify to these matters.

2. I reside in Hurst, Texas, with my family, which includes my husband, Shaun Overton. Shaun and I were married in 2010 in Fort Worth, Texas.

3. I do not own or lease any real estate in Illinois.

4. I do not maintain any banking or other financial accounts in Illinois

5. I am not not now nor have I ever been an employee or contractor for ROI Developers, Inc. d/b/a Accruvia.

1

6. I have never been to Illinois.

7. I understand that Athena Bitcoin Global has brought this lawsuit, and that there have also been references to Athena Bitcoin Global, Inc., Athena Bitcoin, Inc., and Athena Holdings El Salvador, Sociedad Anónima de Capital Variable. I will refer to all of the Athena-related entities collectively as "Athena" unless otherwise specified. Because I have had no dealings with any of the entities, I have no basis to differentiate them.

8. I have never met Eric Gravengaard. The only employee of Athena who I have ever met is Bailey Jarrell, whom I met before she became an employee of Athena. Bailey used to be an employee of ROI Developers, Inc., but I have had no contact with her since she became an employee of Athena.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 24th day of March, 2022, in Hurst, Texas.

_____
Neidy Overton