# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
### Eastern Division

Athena Bitcoin Global

                    Plaintiff,

v.                                        Case No.: 1:22–cv–01291
                                        Honorable Sara L. Ellis

Shaun Overton, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 29, 2022:

    MINUTE entry before the Honorable Sara L. Ellis: The Court sets the following briefing schedule on Defendants' motion to dismiss [11]: Plaintiff's response is due by 4/29/2022 and Defendants' reply is due by 5/13/2022. The Court stays discovery pending ruling on Defendants' motion to dismiss. The Court strikes the status date set for 4/7/2022 and resets it to 8/10/2022 at 9:30 a.m. for ruling on Defendants' motion to dismiss. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.