IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Athena Bitcoin Global, <br><br> Plaintiff(s), <br><br> v. <br><br> Overton et al, <br><br> Defendant(s). | Case No. 22-cv-1291 <br> Judge Sara L. Ellis |

## ORDER

Motion for leave to appear pro hac vice [14] is granted.

Date: 3/29/2022 /s/ Sara L. Ellis