# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

Athena Bitcoin Global,

Plaintiff(s),

v.

Overton et al,

Defendant(s).

Case No. 22-cv-1291
Judge Sara L. Ellis

## ORDER

Motion for leave to appear pro hac vice [17] is granted.

Date: 4/4/2022

/s/ Sara L. Ellis