**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **ATHENA BITCOIN GLOBAL** | **CASE NO.: 1:22-CV-01291** |
| *PLAINTIFF* | HON. SARA L. ELLIS |
| v. | COOK COUNTY CASE NO. 2022CH01062 |
| **SHAUN OVERTON; ET AL.** | |
| *DEFENDANTS* | |

**RESPONSE IN OPPOSITION TO MOTION TO DISMISS ALL DEFENDANTS PURSUANT TO RULE 12(b)(2) AND TO DISMISS NEIDY OVERTON PURSUANT TO RULE 12(b)(6)**

TO THE HONORABLE COURT:

Plaintiff Athena Bitcoin Global moves to oppose defendants' motion to dismiss under Rule 12(b)(2) as the Defendants have sufficient minimum contacts with the State of Illinois to justify the exercise of personal jurisdiction over them by this Court. In addition, NeidyOverton's petition to dismiss under Rule 12(b)(6) is also opposed as there is a valid and viable claim against her. This Response is supported by the Memorandum of Law in Support of Response in Opposition to Motionto Dismiss All Defendants Pursuant to Rule 12(b)(2) and to Dismiss Neidy Overton Pursuant to Rule 12(b)(6), together with the exhibits attached thereto.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 29, 2022, I caused to be served a copy of the foregoing Memorandum of Law in Support of Response to Opposition to Motion to Dismiss All Defendants Pursuant to Rule 12(b)(2) and to Dismiss Neidy Overton Pursuant to Rule 12(b)(6) on the following counsel of record by email:

Holly A. Harrison (hollyharrison@hlawllc.com)
Katie J. Colopy (katiecolopy@hlawllc.com)
Michael L. Rice (mikerice@hlawllc.com)
HARRISON LAW LLC
141 W. Jackson Blvd.
Suite 2055
Chicago, IL 60604
Tel.     (312) 638-8776

*s/ Ryam M. Clays*
**Ryan M. Clays, Esq.**


*s/ Antonio Valiente*
**Antonio Valiente**
*Pro Hac Vice*