# TEXAS FRANCHISE TAX PUBLIC INFORMATION REPORT

05-102
(Rev. 1-08/28)

Tcode 13196

(To be filed by Corporations and Limited Liability Companies (LLCS))
**This report MUST be filed to satisfy franchise tax requirements**

**Taxpayer number:** 32043053555

**Report year:** 2011

*You have certain rights under Chapter 552 and 559, Government Code, to review, request, and correct information we have on file about you. Contact us at: (512) 463-4600, or (800) 252-1381, toll free nationwide.*

**Taxpayer name:** ONESTEPREMOVED.COM INC.
**Mailing address:** 2665 VILLA CREEK DR STE 1047
**City:** DALLAS
**State:** TX
**ZIP Code:** 75234
**Plus 4:** 7337
**Secretary of State file number or Comptroller file number:** 0801344639

○ Blacken circle if there are currently no changes or additions to the information displayed in Section A of this report. Then complete Sections B and C.

Entity's principal office:
Principal place of business:

*Please sign below!*

Officer, director and member information is reported as of the date a Public Information Report is completed. The information is updated annually as part of the franchise tax report. There is no requirement or procedure for supplementing the information as officers, directors, or members change throughout the year.

3204305355511

## SECTION A — Name, title and mailing address of each officer, director or member.

| Name | Title | Director | Term expiration |
|---|---|---|---|
| SHAUN OVERTON | OWNER | ● YES | |
| Mailing address: 2665 VILLA CREEK DR STE 104-7 | City: DALLAS | State: TX | ZIP: 75234 |
| | | ○ YES | |
| | | ○ YES | |
| | | ○ YES | |

## SECTION B
Enter the information required for each corporation or LLC, if any, in which this reporting entity owns an interest of ten percent (10%) or more.

| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of Ownership |
|---|---|---|---|
| | | | |
| | | | |

## SECTION C
Enter the information required for each corporation or LLC, if any, that owns an interest of ten percent (10%) or more in this reporting entity or limited liability company.

| Name of owned (parent) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of Ownership |
|---|---|---|---|
| | | | |

Registered agent and registered office currently on file. *(See instructions if you need to make changes)*
**Agent:** SHAUN OVERTON
**Office:** 2665 VILLA CREEK DR STE 104-7
**City:** DALLAS
**State:** TX
**ZIP Code:** 75234

○ Blacken circle if you need forms to change the registered agent or registered office information.

The above information is required by Section 171.203 of the Tax Code for each corporation or limited liability company that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B, and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director or member and who is not currently employed by this, or a related, corporation or limited liability company.

sign here ▶
**Title:**
**Date:** 04/04/2011
**Area code and phone number:** (817) 210-4019

Texas Comptroller Official Use Only

VE/DE ○  PIR IND ○

