🔒 athenabitcoin.com/the-company/ 



Home    Ruru    ACE    ATMs ▾    Careers    Contact    ENG ▾

## Company Overview:

### ATHENA BITCOIN GLOBAL (PINK: ABIT)

The Company is focused on developing, owning, and operating a global network of Athena-branded Bitcoin ATM machines. Our network presently includes Athena Bitcoin ATMs in 10 U.S. states and 3 countries in Central and South America. Athena Bitcoin operates an over-the-counter ("OTC") desk known as ACE (Athena Crypto Exchange) for private clients and trade customers. We provide ATMs and point-of-sale ("POS") white label solutions for customers in our regions of operation.

Athena Bitcoin Global

1332 N Halsted St

Ste 403

www.athenabitcoin.com

312-690-4466

info@athenabitcoin.com

### Reporting Status

Alternative Reporting Standard

### Audited Financials

Audited