

Accruvia
615 W Harwood Rd Ste B2
Hurst, TX  76054 US
soverton@roidevs.com

# INVOICE

**BILL TO**
1332 North Halsted Street,
Chicago, IL, 60642

**INVOICE #** IB1049
**DATE** 10/04/2021
**DUE DATE** 10/11/2021
**TERMS** Net 30

| ACTIVITY | AMOUNT |
|---|---:|
| **Programming Hours:Programming Hour** <br> Franklin Grassals | 666.66 |
| **Programming Hours:Programming Hour** <br> Williams Mendez | 1,999.98 |
| **Programming Hours:Programming Hour** <br> Panos Angelopoulos | 1,999.98 |
| **Programming Hours:Programming Hour** <br> Burak Hamzaouglu | 630.00 |
| **Programming Hours:Programming Hour** <br> Mariano Andres | 1,200.00 |
| **Programming Hours:Programming Hour** <br> Mario Grullon | 1,200.00 |
| **Programming Hours:Programming Hour** <br> Gustavo Rodriguez | 484.00 |
| **Programming Hours:Programming Hour** <br> Shaun Overton | 3,333.36 |
| **Programming Hours:Programming Hour** <br> Overhead expenses - 1.5% | 172.71 |

BALANCE DUE  $11,686.69