

Accruvia
615 W Harwood Rd Ste B2
Hurst, TX  76054 US
soverton@roidevs.com

# INVOICE

**BILL TO**
Athena Bitcoin
1332 North Halsted Street
Chicago, IL 60642

**INVOICE #** IB1050
**DATE** 11/03/2021
**DUE DATE** 11/03/2021
**TERMS** Due on receipt

| ACTIVITY | AMOUNT |
|---|---:|
| Programming Hours:Programming Hour<br>Lance Moore | 6,513.00 |
| Programming Hours:Programming Hour<br>Mariano Andres | 5,010.00 |
| Programming Hours:Programming Hour<br>Yordano Morel | 1,904.09 |
| Programming Hours:Programming Hour<br>WIlliams Mendez | 10,016.00 |
| Programming Hours:Programming Hour<br>Franklin Grassals | 10,016.00 |
| Programming Hours:Programming Hour<br>Panos Angeloupolos | 10,000.00 |
| Programming Hours:Programming Hour<br>Mario Grullon | 5,011.63 |
| Programming Hours:Programming Hour<br>Leonidas Panagiotou | 1,517.04 |
| Programming Hours:Programming Hour<br>Shaun Overton | 16,666.67 |
| Programming Hours:Programming Hour<br>Bailey Jarrell | 5,871.05 |
| Programming Hours:Programming Hour<br>Burak Hamzao Iu | 1,258.06 |
| Programming Hours:Programming Hour<br>Overhead expenses - 1.5% | 1,132.03 |
| Programming Hours:Programming Hour<br>Gustavo Rodriguez | 335.00 |

Invoice for labor October 1-31

**BALANCE DUE** **$75,250.57**