

**Accruvia**
615 W Harwood Rd Ste B2
Hurst, TX  76054 US
soverton@roidevs.com

# INVOICE

**BILL TO**
Athena Bitcoin
1332 North Halsted Street
Chicago, IL 60642

**INVOICE #** IB1052
**DATE** 11/04/2021
**DUE DATE** 11/04/2021
**TERMS** Due on receipt

| ACTIVITY | AMOUNT |
|---|---:|
| **Programming Hours:Programming Hour** <br> Lance Moore | 1,000.00 |
| **Programming Hours:Programming Hour** <br> Mariano Andres | 500.00 |
| **Programming Hours:Programming Hour** <br> Yordano Morel | 700.00 |
| **Programming Hours:Programming Hour** <br> WIlliams Mendez | 1,000.00 |
| **Programming Hours:Programming Hour** <br> Franklin Grassals | 1,000.00 |
| **Programming Hours:Programming Hour** <br> Panos Angeloupolos | 1,000.00 |
| **Programming Hours:Programming Hour** <br> Mario Grullon | 500.00 |
| **Programming Hours:Programming Hour** <br> Leonidas Panagiotou | 350.00 |
| **Programming Hours:Programming Hour** <br> Shaun Overton | 1,666.67 |
| **Programming Hours:Programming Hour** <br> Bailey Jarrell | 587.11 |
| **Programming Hours:Programming Hour** <br> Overhead expenses - 1.5% | 124.56 |

Invoice for labor November 1-3, 2021. Final payment

**BALANCE DUE** **$8,428.34**