ARTICLES    SOPHISTICATED WEB SITES    AUTOMATED TRADING    TESTIMONIALS    CONTACT

SEARCH

# Customer Testimonials

OneStepRemoved.com opened its doors in December 2007. We believe that three distinct features of our service make us the ideal choice for building your automated trading system.

- Customers, whether paying or prospective, receive responses within 1-2 business days for all programming and tech support requests. Contact us over the phone, email or Skype.
- OneStepRemoved is an American company with programmers working from the office in Dallas, Texas. None of our programming projects fall off track due to English language difficulties.
- You will not find a programming firm with deeper knowledge of the market or trading. The automated trading blog and its content speaks to the experience and expertise that we bring to all our projects

## Video Testimonial





## Written Testimonials

Check out our EA programming reviews on MyFXBook.com, a third party site wholly outside of our control.

**This Facebook post is no longer available. It may have been removed or the privacy settings of the post may have changed.**

**This Facebook post is no longer available. It may have been removed or the privacy settings of the post may have changed.**

**This Facebook post is no longer available. It may have been removed or the privacy settings of the post may have changed.**

**This Facebook post is no longer available. It may have been removed or the privacy settings of the post may have changed.**

Help Center

**This Facebook post is no longer available. It may have been removed or the privacy settings of the post may have changed.**

Help Center



**OneStepRemoved.com**
September 17 at 11:48am

I'm working with Jingwei, our actuary, to develop new trading systems. You're going to learn the newest indicator in a few months.





 Like   Comment   Share

**Barry Apps, Whitex Gauloics, Mao Bee** and 3 others like this.



**Barry Apps** Hi Shaun, Thanks for the book case study of the forex robot. I personally understand the situations of the 3 guy's as I have also experienced the same pathway to-date, since 2005. Highly recommend all traders to read this book.

Unlike · Reply · 👍 1 · September 24 at 6:35am

---

**Re: FXCM Managed Account Rules from the video**   Inbox x   ⏲ Start timer

John L. Thomas                                                                2:41 PM (27 minutes ago)
to me

WOW Shaun.   This is super.    And makes tremendous sense too.

Also,  Enjoyed your case study that sounds like the  ancient Arabian  Trader's fable  - of the race between the rabbit and the hare.  slow,  easy,   and steady does it.

Thanks,
John

---

**Paul Nelson** Shaun, you are not gonna believe it.. Your trading system that based on fxbook-community. Well, i tested yesterday and today and the winning trades as of yesterday is approx 80% winning trades. and today is approx 57%. So, I am testing usd/mxn trade as of this morning (selling position). Umm I want to let you know that it would be best not to trade any of AUD, NZD, JPY during us stock market acitivities. It would be best to trade Euro, GPY, USD, CAD during the day time and trade these AUD NZD and JPY during the evening time. I will certianly keep you posted!!!

Like · Reply · 1 hr

---



**Suneil Kucchal**  September 25, 2015 at 22:04

Shaun, Great to see you are plugging away at automated tools for trading. Clearly you are passionate about this. My EA that you developed initially is working extremely well (of course I have made numerous changes to it).

I am always looking forward to your articles….they are great source of inspiration on this exciting journey. Regards, Suneil

One Step Removed has never failed to deliver! I've worked with Chris over the years and he has done a terrific job of bringing my trading ideas to life. When its time to trouble shoot a problem, Chris will recommend Skype, screen sharing and other means to help with bug fixes. Great company!

Donta Harrison, California, USA

June 2015

---

*The new EA you guys set up for me is fantastic. It was a pleasure working with you guys.*

David Kaplan, New York, USA

June 2015

---

*Thank you and everyone for the good work, the indicator works just fine. I am enjoying it.*

Tim Abair, California, USA

June 2014

---

*This is great, just want I wanted.*

Lenox Green, Manchester, UK

June 2014

---

*Thanks again for the troubleshooting and getting it right.   As we use it we may see things that might make it better and will definitely be getting back to you.*

David Eisen, New Jersey, USA

February 2014

---

*That idea was brilliant…really makes a huge difference for me. Thanks.*

Shawn Hughey, New York, USA

October 2013

---

*I meant to thank you sooner but I want you to know I appreciate you adding the spread limit option to my EA. I have more confidence trading with my EA knowing that widening spreads won't sabotage my trading strategy. I'm very impressed with your service.*

Matt Gabhart, Ohio, USA

October 2013

---

*"I am thoroughly enjoying the indicator you made. It is awesome – really, really awesome.*
Brian Goldberg, New South Wales, Australia

September 2013

---

*You are amazing ! Thanks so much…*
Warwick Greville, Illinois, US

September 2013

---

*I am very pleased with the results of my expert advisor. I recommend that anyone trading technicals present their method to OneStepRemoved. They are very professional, timely and are very customer oriented. Thank you OneStepRemoved*

Rob Gilchrist, Sydney, Australia

July 2013

---

*Just a quick one to let you know that the EA appears to be performing at 100% – so far all testing today has resulted in 0 defects.*

Brad Grikis, Edinburgh, UK

June 2013

---

*Love your work Chris. Thanks very much.*

Mick Kelly, Queensland, Australia

June 2013

---

*WOW I'm amazed at how fast you performed your end of our agreement- excellent job!*

I was so happy when I called you with questions and that you actually called me back right away and patiently answered my questions in understandable English without any hype or BS and you quoted me in dollars instead of euros and your quote was very competitive compared to others.

Your service is first class and top notch and I'm most pleased in dealing with you.

Armand Proulx, California

April 2013

---

*Jon was fantastic to work with while developing my strategy. He went above and beyond my requests. You have my business for any work I would like to develop in the future. Thank you so much!*

Derek Springfield, Arizona

April 2013

---

*I´m very pleased with your high professional service.*

Pedro Soares, Portugal

April 2013

---

*Support and quality is phenomenal, period. After I learned they will continue to support the code per the SOW open-ended/without deadline, I wasn't aware I could be convinced even more that I made the right decision, but I was….blown away!!!! In addition, my ideas to have coded have already started earning profit and saving me hours of time each week not having to work the charts. Maybe I should have started sooner! It was about a year that I pondered finding a computer programmer for Metatrader and with some simple searching nothing really came of it. I don't recall how I stumbled onto OneStepRemoved other than it being God's Grace, but now I am not only thankful that I did, I am at more peace because I now have a source I can rely on for future programming needs. Thank you so very much Shaun, Jon, Terry and anyone else who helped make this a reality. I know the team may change players, but the core values of your company continue to press through regardless…. With Much Appreciation and Genuine Gratitude…. Most Respectfully and Thankfully Yours,*

Chris Stewart & Family, Illinois
March 2013

*I was very impressed with the whole process from start to finish regards the 3 projects I commissioned One Step Removed to complete. Considering the time zone difference between the States and Australia, your responses were timely and always to the point.*

I have no hesitation in recommending your services to my colleagues in the investment community.

Greg Mulcahy, NSW, Australia
March 2013

*You have exceeded my expectation and I am beyond surprised.*

Eskinder Haile, Virgina
January 2013

*Great Service with amazing assistance throughout the process, friendly and helpful staff, fast solutions to problems. By far the best MT4 programming.*

Kamil Opara, Queensland, Australia
January 2013

*When a trader undertakes to have a EA code written, it is based on a strong intuition and basic testing of a pattern. But, after confrontation with the full realities of market action, from here to a really performing EA there is still the need to adjust and tweak here and there to make things work. Not only did OneStepRemoved deliver a product that operated as requested from the get go, but they were very helpful in the further work of adjusting this program by their patient and helpful responses to my multiple questions.*

Jean-Francois Orsini, Ph.D.
Chairman, Wharton School Club of Washington DC.
December 2012

*Your company will be first port of call for any future work of this nature from us. Should you ever require it, I am happy to be used as a client reference as the level of service we've received has been excellent in all respects.*

John Rosenberg, Surrey, UK

December 2012

*Chris' support is 100% satisfactory. 5 STARs doesn't do justice to his efforts.*

Vijaya Cellaboyina, Andhra Pradesh, India

October 2012

*The program is working beautifully, I appreciate your honesty, reliability and first class work, you are my hero!*

Driss Hilili, Florida

October 2012

*Have been testing the EA throughout the day. Works perfectly… Just wish to thank you for a job well done.*

Steve Pieri, Victoria, Australia

October 2012

*I just had some work done by your company to modify the Moving Average Scanner that you have on your site. Chris did a good job once we got on the same page. It works splendidly. I am really pleased with it. I am wondering where the limits are as to modifying it. It's a brilliant piece of work.*

Baz Arber, South Australia, Australia

September 2012

*Just a quick note to say how impressed I am with your service.*

Luke Henson, Cambridge, UK

August 2012

---

*I have to tell you it has been a pleasure working with your firm. I wish all of my other business contacts would go this well.*

John Larsen, Florida

August 2012

Privacy Policy   Risk Disclosure

Copyright © 2022 OneStepRemoved.com, Inc. All Rights Reserved.