ARTICLES   SOPHISTICATED WEB SITES   AUTOMATED TRADING   TESTIMONIALS   CONTACT

SEARCH

# Contact a MetaTrader Programmer

MetaTrader Programming Testimonial

We look forward to answering your questions about **programming Expert Advisors in MetaTrader.**

| US Direct | +1 (817) 210-4019 |
|---|---|

| Skype | onestepremoved.com |
|---|---|
| Email | info@onestepremoved.com |
| Hours | 9 am – 5 pm ET<br><br>2 pm – 10 pm GMT |
| Locations | 777 Canon Dr #55035<br><br>Hurst, TX 76054, USA |

Our location in Hurst, Texas:



# Meet your programming team

Shaun Overton is the owner and founder of the company. He started in the forex industry in 2005 working as a broker at FXCM. He led the sales effort for an automated trading fund, which led to his interest

 into automated trading. He started OneStepRemoved.com in December 2007 after seeing strong customer demand for assistance programming their own trading ideas. Shaun programs in C# and MQL, although he primarily acts as the company project manager.

Chris Zimmer joined the company in August 2010. He brings 15+ years of programming experience working on diverse projects such as satellite management software to geographical mapping. Chris followed markets for years as an amateur. Working at OSR has done wonders to show him how markets really operate. Chris programs in C/C++ and MQL. He tends to focus on projects involving MetaTrader or Trading Technologies. Chris works in the Dallas office.

Privacy Policy    Risk Disclosure

Copyright © 2022 OneStepRemoved.com, Inc. All Rights Reserved.